B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>Northern District of Illinois | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Lockport Pharmacy, Inc. dba Corwin Pharmacy** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**36-3210523** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**954 E. 9th St.**<br>**Lockport, IL**<br>ZIP Code **60441** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Will** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization) (Check one box)

☐ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
■ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Chapter 15 Debtors**

Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Nature of Business**
(Check one box)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
■ Other

**Tax-Exempt Entity**
(Check box, if applicable)

☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

■ Chapter 7
☐ Chapter 9
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13
☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
■ Debts are primarily business debts.

**Filing Fee** (Check one box)

■ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).
Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (*amount subject to adjustment on 4/01/16 and every three years thereafter*).
Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(04/13)                                                                                                    Page 2

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Lockport Pharmacy, Inc. dba Corwin Pharmacy** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____<br>   Signature of Attorney for Debtor(s)           (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☑ Yes, and Exhibit C is attached and made a part of this petition.

☐ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(04/13)

# Voluntary Petition

*(This page must be completed and filed in every case)*

**Name of Debtor(s):**

**Lockport Pharmacy, Inc. dba Corwin Pharmacy**

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

**X  /s/ DAVID K. WELCH**
_____
Signature of Attorney for Debtor(s)

**DAVID K. WELCH  06183621**
_____
Printed Name of Attorney for Debtor(s)

**Crane, Heyman, Simon, Welch & Clar**
_____
Firm Name

**Suite 3705**
**135 South LaSalle Street**
**Chicago, IL 60603-4297**
_____
Address

**312-641-6777  Fax: 312-641-7114**
_____
Telephone Number

**October 30, 2014**
_____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X  /s/ Walter Beich**
_____
Signature of Authorized Individual

**Walter Beich**
_____
Printed Name of Authorized Individual

**President**
_____
Title of Authorized Individual

**October 30, 2014**
_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrtpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

**Form B1, Exhibit C**
**(9/01)**

# United States Bankruptcy Court
## Northern District of Illinois

In re __Lockport Pharmacy, Inc. dba Corwin Pharmacy__                           Case No. _____

                                                  Debtor(s)              Chapter    __7__ _____

## Exhibit "C" to Voluntary Petition

     1. Identify and briefly describe all real or personal property owned by or in possession of the debtor that, to the best of the debtor's knowledge, poses or is alleged to pose a threat of imminent and identifiable harm to the public health or safety (attach additional sheets if necessary):

     2. With respect to each parcel of real property or item of personal property identified in question 1, describe the nature and location of the dangerous condition, whether environmental or otherwise, that poses or is alleged to pose a threat of imminent and identifiable harm to the public health or safety (attach additional sheets if necessary):

B 6 Summary (Official Form 6 - Summary) (12/13)

# United States Bankruptcy Court
### Northern District of Illinois

In re    **Lockport Pharmacy, Inc. dba Corwin Pharmacy**                    ,    Case No. _____
    Debtor

Chapter                    **7**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 4 | 1,058,517.45 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 1,579,644.01 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 2 | | 365,174.82 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 23 | | 699,072.38 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 33 | | | |
| Total Assets | | | 1,058,517.45 | | |
| Total Liabilities | | | | 2,643,891.21 | |

B 6 Summary (Official Form 6 - Summary) (12/13)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Lockport Pharmacy, Inc. dba Corwin Pharmacy**         ,

        Debtor

Case No. _____

Chapter           **7**       

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | |
| Average Expenses (from Schedule J, Line 22) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

In re **Lockport Pharmacy, Inc. dba Corwin Pharmacy** , Case No. _____
_____
Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

| | | | | |
|---|---|---|---|---|
| | | Sub-Total > | **0.00** | (Total of this page) |
| | | Total > | **0.00** | |

**0** continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

.

In re    **Lockport Pharmacy, Inc. dba Corwin Pharmacy**
_____,    Case No. _____
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Standard Bank & Trust Co., 7800 W. 95th St., Hickory Hills, IL 60457 Account No. ****....5618 - This account is frozen** | - | 4,470.00 |
| | | **BMO Harris #****....5618** | - | 0.00 |
| | | **BMO Harris ****....9943 -(1,736.34)** | - | 0.00 |
| | | **BMO Harris #****....5626** | - | 87.50 |
| | | **Standard Bank & Trust in Frankfort A/C No. ****....8008** | - | 219.17 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | **Com Ed Account No. 9587777025** | - | 12,110.00 |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |

Sub-Total >    **16,886.67**
(Total of this page)

___3___ continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   **Lockport Pharmacy, Inc. dba Corwin Pharmacy**       ,     Case No. _____
Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | Consumer Accounts Receivable - approximately | - | 20,000.00 |
| | | Accounts Receivable - Insurance | - | 21,630.78 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

Sub-Total >    **41,630.78**
(Total of this page)

Sheet  **1**  of  **3**  continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Lockport Pharmacy, Inc. dba Corwin Pharmacy**                        ,    Case No. _____
_____
Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | | **PRESCRIPTIONS FILES** | - | 1,000,000.00 |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **desks (6), chairs (12), computers (6), filing cabinets (8) (2) small ones, fax machines (4), computer screens (4), printer (2), scanner (1) , Old equipment: monitors (3), towers (5), cash register (9) (4) computers and screens; 3 vacuum cleaners, miscellaneous shelving and POS** | - | Unknown |
| 30. Inventory. | | **Cosmetics, toys, housewares, party supplies, greeting cards, crafts, automotive supplies, non-prescription items and sundries, gift items and prescription drugs** | - | Unknown |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |

Sub-Total >       1,000,000.00
(Total of this page)

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Lockport Pharmacy, Inc. dba Corwin Pharmacy** ,    Case No. _____
                                          Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  |  |
|---|---|
| Sub-Total > | **0.00** |
| (Total of this page) | |
| Total > | **1,058,517.45** |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6D (Official Form 6D) (12/07)

In re      **Lockport Pharmacy, Inc. dba Corwin Pharmacy**                                    Case No. _____
                                                                    ,
                                          Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **x4732**<br><br>**Advantage Leasing**<br>**13400 Bishops Lane, Ste. 280**<br>**Brookfield, WI 53005** | | - | **Point of Sale equipment and photo development machine** | | | | | |
| | | | Value $        **Unknown** | | | | 21,220.78 | **Unknown** |
| Account No. **xxx xxx 4150**<br><br>**Cardinal Health**<br>**1950 Bentley Ct.**<br>**Glendale Heights, IL 60139** | X | - | **lien on all assets**<br><br>**may have interest in claim of SunTrust** | | | | | |
| | | | Value $        **Unknown** | | | | 108,327.02 | **Unknown** |
| Account No. **xxxxxx9001**<br><br>**Standard Bank and Trust Company**<br>**7800 W. 95th St.**<br>**Hickory Hills, IL 60457** | X | - | **9/27/11**<br><br>**Loan on all assets** | | | | | |
| | | | Value $        **Unknown** | | | | 685,000.00 | **Unknown** |
| Account No.<br><br>**SunTrust Bank, Program Lending**<br>**3333 Peachtree Road, N.E.**<br>**3rd Fl., South Tower**<br>**Atlanta, GA 30326** | X | - | **Loan for Lockport Pharmacy, Inc.**<br><br>**Holder of lien** | | | | | |
| | | | Value $        **Unknown** | | | | 765,096.21 | **Unknown** |

**_0_** continuation sheets attached

| | | |
|---|---|---|
| Subtotal<br>(Total of this page) | 1,579,644.01 | 0.00 |
| Total<br>(Report on Summary of Schedules) | 1,579,644.01 | 0.00 |

B6E (Official Form 6E) (4/13)

.

In re   **Lockport Pharmacy, Inc. dba Corwin Pharmacy**                              ,   Case No. _____

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*\* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

_____1_____ continuation sheets attached

B6E (Official Form 6E) (4/13) - Cont.

In re    **Lockport Pharmacy, Inc. dba Corwin Pharmacy**                                ,    Case No. _____
                                                          Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | | |
| Account No. **xxxx506 - 5**<br><br>**Illinois Department of Employment Security**<br>**33 S. State, 10th Fl.**<br>**Chicago, IL 60603-2802** | | - | | 1st Qtr 2014 and 2013 | | | | 6,570.50 | 6,570.50 | 0.00 |
| Account No. **xxxx-5207**<br><br>**Illinois Department of Revenue**<br>**PO Box 19006**<br>**Springfield, IL 62794-9006** | | - | | Sales Tax through 8/31/14 | | | | 0.00<br>57,028.25 | 57,028.25 | |
| Account No. **unemployment**<br><br>**Internal Revenue Service**<br>**Cincinnati, OH 45999-0025** | | - | | Comp tax annual 75.27<br>Comp tax quarterly -3d - 1283.96 | | | | 0.00<br>1,359.19 | 1,359.19 | |
| Account No. **xxx xxx xx xxx 2014**<br><br>**Internal Revenue Service**<br>**Cincinnati, OH 45999-0025** | | - | | | | | | 0.00<br>300,000.00 | 300,000.00 | |
| Account No.<br><br>**Internal Revenue Service**<br>**Cincinnati, OH 45999-0025** | | - | | 940 | | | | 0.00<br>216.88 | 216.88 | |

| | | | |
|---|---|---|---|
| Sheet __1__ of __1__ continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims | Subtotal<br>(Total of this page) | 6,570.50<br>365,174.82 | 358,604.32 |
| | Total<br>(Report on Summary of Schedules) | 6,570.50<br>365,174.82 | 358,604.32 |

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

B6F (Official Form 6F) (12/07)

In re    **Lockport Pharmacy, Inc. dba Corwin Pharmacy**                          ,    Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx. #xxxxxx x2552** <br><br> **21st Century Formulations** <br> **9663 Santa Monica Blvd., Ste. 860** <br> **Beverly Hills, CA 90210** | - | PO #: Wallie 6/17 | | | | | 104.84 |
| Account No. **xxxx4254** <br><br> **22nd Century Media LLC** <br> **11516 West 183rd St.** <br> **Office Condo #3 Unit SW** <br> **Orland Park, IL 60467** | - | | | | | | 2,879.27 |
| Account No. <br><br> **Accounting Pros** <br> **PO Box 188** <br> **Highland Park, IL 60035** | - | | | | | | 5,470.00 |
| Account No. **Landlord** <br><br> **American Credit Systems** <br> **400 W. Lake St.** <br> **PO Box 72849** <br> **Roselle, IL 60172** | X - | | | | | | 138,985.04 |

__22__  continuation sheets attached

Subtotal
(Total of this page)    **147,439.15**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Lockport Pharmacy, Inc. dba Corwin Pharmacy**                    ,    Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. ****x1008<br><br>**American Express**<br>**United Recovery Systems**<br>**PO Box 722929**<br>**Houston, TX 77272** | - | | URS No.: 32460342 | | | | 2,248.83 |
| Account No. x0748<br><br>**Anda**<br>**3000 Alt. Blvd.**<br>**Grand Island, NY 14072** | - | | | | | | 26,422.14 |
| Account No. xxxxxx1589; xxxx xxx xxxxx8415<br><br>**AT&T**<br>**P.O. Box 5080**<br>**Carol Stream, IL 60197** | - | | 8383733<br>$679.42; $243.74; and $517.40 | | | | 1,440.56 |
| Account No. xxxxxx2961<br><br>**Avsec Printing**<br>**825 Plainfield Rd.**<br>**Joliet, IL 60435** | - | | | | | | 409.85 |
| Account No. xxx x0027<br><br>**Bell Lifestyle Products**<br>**07090 68th St.**<br>**South Haven, MI 49090** | - | | | | | | 435.81 |

Sheet no. __1___ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            **30,957.19**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Lockport Pharmacy, Inc. dba Corwin Pharmacy**                                          ,        Case No. _____
                                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **xx1370** <br><br> **Blue Cross Blue Shield** <br> **25550 Network Place** <br> **Chicago, IL 60673** | - | | | | | | | | 11,684.16 |
| Account No. **x/x-xxx #x3229** <br><br> **BR Data** <br> **715 Pinelawn Rd., Ste. 305** <br> **Melville, NY 11747** | - | | | | | | | | 730.50 |
| Account No. **xxxxxx1515** <br><br> **Broida and Nichele Ltd.** <br> **Attorneys at Law** <br> **Suite 108** <br> **Naperville, IL 60563** | - | | | | | | | | 1,288.00 |
| Account No. <br><br> **Carl Buck** <br> **Rathbun Cservenyak & Kozol** <br> **3260 Executive Dr.** <br> **Joliet, IL 60431** | - | | | | **Lockport Plaza Associates, LLC v. Corwin Pharmacy and Walter Biech** | | | | **Unknown** |
| Account No. **xxxx xxxx xxxx 3136** <br><br> **Citi Business Card** <br> **1500 Boltonfield St.** <br> **Columbus, OH 43228** | - | | | | | | | | 1,560.97 |

Sheet no. __2__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    15,263.63

B6F (Official Form 6F) (12/07) - Cont.

In re **Lockport Pharmacy, Inc. dba Corwin Pharmacy** ,     Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx xxx 2200**<br><br>**Cloverleaf Farms**<br>**13835 South Kostner**<br>**Bridgeview, IL 60455** | | - | | | | | 511.00 |
| Account No. **xxxxxxx # 0601**<br><br>**CNA Surety Direct Bill**<br>**PO Box 957312**<br>**Saint Louis, MO 63195-7312** | | - | Bend/Policy # 62047645 | | | | 250.00 |
| Account No. **xxxxxx7025**<br><br>**ComEd**<br>**Payment Processing**<br>**P.O. Box 55126** | | - | | | | | 1,283.19 |
| Account No. **xxxxxx3690**<br><br>**Constellation An Excelon Company**<br>**14217 Collections Center Dr.**<br>**Chicago, IL 60693** | | - | | | | | 4,399.88 |
| Account No. **xxx xxx 6585**<br><br>**Cross Point Sales**<br>**3158 S. State St.**<br>**Lockport, IL 60441** | | - | | | | | 2,126.00 |

Sheet no. __3__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     8,570.07

B6F (Official Form 6F) (12/07) - Cont.

In re    **Lockport Pharmacy, Inc. dba Corwin Pharmacy**                    Case No. _____
                                                            ,
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx xx. xxxx xR 626** <br><br> **Daniel Spilotro** <br> **Spilotro Law Group, LLC** <br> **2551 N. Clark St., STe. 405** <br> **Chicago, IL 60614** | - | | **May have interest in: HIBU, Inc. (Yellow Book) vs. Corwin Pharmacy, Lockport Pharmacy** | | | | **Unknown** |
| Account No. **xxxx xx. xxxx xR 627** <br><br> **David Clark** <br> **Law Office of David W. Clark** <br> **207 N. Washington St.** <br> **Wheaton, IL 60187** | - | | **May have interest in:** <br> **Variety Distributors, Inc. v. Lockport Pharmacy, et al.** | | | | **Unknown** |
| Account No. **xxx xxx 5353** <br><br> **Dearborn Wholesale Grocers** <br> **4525 W. Madison St.** <br> **Chicago, IL 60624** | - | | | | | | **24,139.13** |
| Account No. **xxxx xx. xx L 811** <br><br> **Dennis Porick** <br> **Dennis B. Porick Ltd.** <br> **63 W. Jefferson St., Ste. 100** <br> **Joliet, IL 60432** | - | | **May have interest in: Lockport Plaza Associates, LLC v. Corwin Pharmacy and Walter Biech** | | | | **Unknown** |
| Account No. **xxx xxx 6400** <br><br> **Des Plaines Office Equipment** <br> **1020 Bonaventure Dr.** <br> **Elk Grove Village, IL 60007** | - | | | | | | **2,086.48** |

Sheet no. __4__ of __22__ sheets attached to Schedule of                    Subtotal                    
Creditors Holding Unsecured Nonpriority Claims                    (Total of this page)                    **26,225.61**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Lockport Pharmacy, Inc. dba Corwin Pharmacy**                    ,   Case No. _____
                                           Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Dex** <br> **8501 West 137th St.** <br> **Overland Park, KS 66223** | X | - | Filed law suit and froze bank account | | | | 43,866.66 |
| Account No. **xxx xxx 5300** <br><br> **Dr. Comfort** <br> **10300 N. Enterprise Dr.** <br> **Mequon, WI 53092** | | - | | | | | 536.79 |
| Account No. **xxx xxx 6137** <br><br> **Drug Package Inc.** <br> **901 Drug Package Lane** <br> **O Fallon, MO 63366** | | - | | | | | 1,568.25 |
| Account No. **xxx xxx 6550** <br><br> **Dystrup, Hoster and Jarot** <br> **822 129th Infantry Dr.** <br> **Joliet, IL 60435** | | - | | | | | 700.00 |
| Account No. **xxx xxx 0500** <br><br> **E.F. Bavis Associates Inc.** <br> **201 Grandin Rd.** <br> **Maineville, OH 45039** | | - | | | | | 14,412.00 |

Sheet no. __5__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            61,083.70

B6F (Official Form 6F) (12/07) - Cont.

In re    **Lockport Pharmacy, Inc. dba Corwin Pharmacy**          ,     Case No. _____

                                                 Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Ed Anderson** <br> **Chuck Bretz & Associates** <br> **58 N. Chicago Ave., 2nd Fl.** <br> **Joliet, IL 60432** | - | | | | | | | **Unknown** |
| Account No. **xxx xxx 5138** <br><br> **Emdeon** <br> **PO Box 572490** <br> **Murray, UT 84157** | - | | | | | | | **116.80** |
| Account No. **xxx xxx 5710** <br><br> **Fabric Traditions** <br> **519 8th Ave. 19th Floor** <br> **New York, NY 10018** | - | | | | | | | **195.68** |
| Account No. **xxxx-x829-2** <br><br> **Fed Ex** <br> **PO Box 94515** <br> **Palatine, IL 60094** | - | | | | | | | **110.34** |
| Account No. <br><br> **First Tech Utility** <br> **1 North Brentwood, Ste. 500** <br> **Saint Louis, MO 63105** | - | Corwin Pharmacy | | | | | | **7,859.88** |

Sheet no. __6__ of __22__ sheets attached to Schedule of            Subtotal           **8,282.70**
Creditors Holding Unsecured Nonpriority Claims                (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Lockport Pharmacy, Inc. dba Corwin Pharmacy**                    ,    Case No. _____
                                                  Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxx. #xxxxxx xxx xx2136** <br><br> **Forest Alarm Services, Inc.** <br> **1807 S. Washington St.** <br> **Naperville, IL 60565** | | - | | | | | | 261.00 |
| Account No. **xxx. # xxxxxx xxx xx1781** <br><br> **Fox Valley Fire & Safety** <br> **2730 Pinnacle Drive** <br> **Elgin, IL 60124** | | - | | | | | | 4,877.96 |
| Account No. **xxx xxx 7200** <br><br> **Frito Lay** <br> **75 Remittance Dr., Ste. 1217** <br> **Chicago, IL 60675** | | - | | | | | | 298.63 |
| Account No. **xxx xxx 0152** <br><br> **Home City Ice** <br> **1125 International Parkway** <br> **Woodridge, IL 60517** | | - | | | | | | 185.00 |
| Account No. **x4568** <br><br> **Home Pages** <br> **915 E. Lincoln Way Hwy.** <br> **PO Box 801** <br> **DeKalb, IL 60115** | | - | | | | | | 768.00 |

Sheet no. __7__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

6,390.59

B6F (Official Form 6F) (12/07) - Cont.

In re __Lockport Pharmacy, Inc. dba Corwin Pharmacy_____,    Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx xxx 3879** <br><br> **Hudson Energy** <br> **24919 Network Place** <br> **Chicago, IL 60673** | - | | | | | | 2,000.00 |
| Account No. **xxx7805** <br><br> **Humana Prescription Ntwk Operations** <br> **003/73266** <br> **325 W. Main St. WFP 6W** <br> **Louisville, KY 40202** | - | | | | | | 4,137.80 |
| Account No. **xxxxx # xx4713** <br><br> **Illinois State Lottery** <br> **PO Box 19080** <br> **Springfield, IL 62794** | - | | | | | | 67,464.48 |
| Account No. **x0132** <br><br> **IMS** <br> **6201 W. Howard, Ste. 100** <br> **Niles, IL 60714** | - | | | | | | 19,755.96 |
| Account No. **xxxx. xxxx xx8079; xxxx xx7560** <br><br> **Incomm** <br> **250 Williams Street** <br> **5th Fl., Ste. 5-2002** <br> **Atlanta, GA 30303** | - | | 2006 439034; 2006 476085 | | | | 1,708.15 |

Sheet no. __8___ of __22__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    95,066.39

B6F (Official Form 6F) (12/07) - Cont.

In re    **Lockport Pharmacy, Inc. dba Corwin Pharmacy**                          ,    Case No. _____
                                                Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx. xxx. xxxx1663; xxxx9071;** <br><br> **Independence Medical** <br> **PO Box 635864** <br> **Cincinnati, OH 45263-5864** | - | | 31463767; 31472944; 31517198 | | | | **1,822.94** |
| Account No. **xxxx xx xR 714** <br><br> **Jay Levy** <br> **Jay K. Levy & Associates** <br> **PO Box 1181** <br> **Evanston, IL 60201-1181** | - | | May have interest in: Dex Media, Inc. v. Lockport Pharmacy, Inc. | | | | **Unknown** |
| Account No. **xxx xxx 4417** <br><br> **Jigsaw Solutions** <br> **1296 Lakeview Dr.** <br> **Romeoville, IL 60446** | - | | | | | | **845.06** |
| Account No. <br><br> **JR Distributions** <br> **1000 Crossroads Parkway** <br> **Bolingbrook, IL 60490** | - | | | | | | **110.96** |
| Account No. **xxx. #xx7500** <br><br> **JRS Ventures** <br> **37 Elaine Dr.** <br> **O Fallon, MO 63366** | - | | | | | | **104.47** |

Sheet no. __9___ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **2,883.43**

B6F (Official Form 6F) (12/07) - Cont.

In re **Lockport Pharmacy, Inc. dba Corwin Pharmacy** ,                    Case No. _____

                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxx xxx 4815** | | | | | | | | |
| JRS Ventures 37 Elaine Dr. O Fallon, MO 63366 | - | | | | | | | 333.70 |
| Account No. **x-x0572** | | | | | | | | |
| Lagniappe PO Box 637946 Cincinnati, OH 45263-7946 | - | | | | | | | 5,548.85 |
| Account No. **xxx xxx 0975** | | | | | | | | |
| Larry Wolfe 9933 Lawler Ave. Skokie, IL 60077 | - | | | | | | | 8,308.39 |
| Account No. **xxxx xxx xxxx xx 7204** | | | | | | | | |
| Lease Finance Group 65 E. Wacker Place, Ste. 510 Chicago, IL 60601 | - | | | | | | | 1,180.75 |
| Account No. **xxxx855A** | | | | | | | | |
| Lease Finance Group LLC 65 E. Wacker Pl., Ste. 510 Chicago, IL 60601 | - | | | | | | | 1,246.35 |

Sheet no. _**10**_ of _**22**_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **16,618.04**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Lockport Pharmacy, Inc. dba Corwin Pharmacy**                              ,        Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx xxx 3357** | | | | | | | |
| **Lockport Chamber of Commerce** 921 S. State St. Lockport, IL 60441 | - | | | | | | 200.00 |
| Account No. | | | Landlord | | | | |
| **Lockport Plaza Associates, LLC** %Carl Buck@Rathbun Cservenyak et al 3260 Executive D. Joliet, IL 60431 | X - | | | | | | 0.00 |
| Account No. **xxx xxx 3691** | | | | | | | |
| **M & M New's Agency** 342 N. 30th Road La Salle, IL 61301 | - | | | | | | 9,262.18 |
| Account No. **xxx. # xxxxx89-IN** | | | | | | | |
| **Masters Pharmaceutical** PO Box 713769 Cincinnati, OH 45271-3769 | X - | | | | | | 491.08 |
| Account No. **xxx. xx. xx8035** | | | | | | | |
| **Matrix** 110 Tices Lane Building A, Unit 5 B East Brunswick, NJ 08816 | - | | | | | | 352.34 |

Sheet no. __11__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

10,305.60

B6F (Official Form 6F) (12/07) - Cont.

In re __**Lockport Pharmacy, Inc. dba Corwin Pharmacy**_____ ,    Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx4418** | | | | | | | |
| **Maury Cobb**<br>**Attorney at Law**<br>**600 Beacon Parkway West 300B**<br>**Birmingham, AL 35209-3120** | - | | | | | | 1,708.15 |
| Account No. **xxxx7243** | | | | | | | |
| **McCarthy, Burgess & Wolf**<br>**26000 Cannon Rd.**<br>**Cleveland, OH 44146** | - | | | | | | 1,822.94 |
| Account No. **xxx. xxxxx44-IN** | | | not a lease | | | | |
| **Medical Screening Services, Inc.**<br>**5727 West Howard St.**<br>**Niles, IL 60714-4070** | - | | | | | | 632.00 |
| Account No. **xxx7805** | | | | | | | |
| **Medical Security Card Company**<br>**PO Box 80063**<br>**City of Industry, CA 91716-8063** | - | | | | | | 174.00 |
| Account No. | | | | | | | |
| **Mercedes Benz Financial**<br>**Attention Lockbox Dept.**<br>**36455 Corporate Drive**<br>**Farmington, MI 48331** | - | | | | | | 0.00 |

Sheet no. __12__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **4,337.09**

B6F (Official Form 6F) (12/07) - Cont.

In re **Lockport Pharmacy, Inc. dba Corwin Pharmacy** ,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxxx # xx-xx0100**<br><br>**New A.D.E. Inc.**<br>**49 Garfield St.**<br>**Holyoke, MA 01040** | - | | | | | | | 500.00 |
| Account No. **xx xx xx x7601**<br><br>**Nicor Gas**<br>**PO Box 5407**<br>**Carol Stream, IL 60197-5407** | - | | | | | | | 5,434.33 |
| Account No. **xxx xxx 9555**<br><br>**NuWay Disposal**<br>**17726 Oak Park Ave. #1**<br>**IL 60495** | - | | | | | | | 450.00 |
| Account No. **xxx. #x8574**<br><br>**Oregon Mint Snuff Company**<br>**14155 SW Business Circle Rd.**<br>**Terrebonne, OR 97760-7892** | - | | | | | | | 300.00 |
| Account No. **xxx xxx 0085**<br><br>**Ottosen, Britz, Lelly, Cooper**<br>**Gilbert & Dinolfo**<br>**1804 N. Naper Blvd., Ste. 350**<br>**Naperville, IL 60563** | - | | | Fire Alarm System | | | | 2,326.06 |

Sheet no. __13__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

9,010.39

B6F (Official Form 6F) (12/07) - Cont.

In re  **Lockport Pharmacy, Inc. dba Corwin Pharmacy**                                ,  Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx xxx 4732**<br><br>Package Express Centers<br>PO Box 178<br>Greeneville, TN 37744 | - | | | | | | 35.31 |
| Account No.<br><br>Pepperidge Farm<br>230 2nd St.<br>Downers Grove, IL 60515-5282 | - | | | | | | 464.95 |
| Account No. **xxx xxx 2300**<br><br>Pepsi<br>1400 W. 35th St.<br>Chicago, IL 60609 | - | | | | | | 527.85 |
| Account No. **xxxwi01**<br><br>Pharmaceutical Returns Service<br>110 Oak St.<br>North Aurora, IL 60542 | - | | | | | | 866.32 |
| Account No. **xxx xxx 2220**<br><br>Precious Moments<br>4105 Chapel Rd.<br>Carthage, MO 64836 | - | | | | | | 1,000.00 |

Sheet no. __14__ of __22__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    **2,894.43**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Lockport Pharmacy, Inc. dba Corwin Pharmacy**                                    ,        Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx xxx 6399**  <br><br> **Preferred Business Publications** <br> **1938 Lincoln Highway, Ste. 219** <br> **New Lenox, IL 60451** | - | | | | | | 940.00 |
| Account No. **xxx #x2388**  <br><br> **Prime Therapeutics** <br> **1305 Corporate Center Dr.** <br> **Saint Paul, MN 55121** | - | | | | | | 72,790.80 |
| Account No. **xxx xxx-4036**  <br><br> **Progressive Inventory Services** <br> **6209 W. Grand Ave.** <br> **Chicago, IL 60639** | - | | | | | | 1,500.00 |
| Account No. **xxx xxx 9488**  <br><br> **Reliable Color** <br> **709 Lindsey Lane** <br> **Bolingbrook, IL 60440** | - | | | | | | 0.00 |
| Account No. **xxxx xxx. xxxxx xxx x9136**  <br><br> **Retail Date Systems** <br> **1998 Ohio St., Ste. 300** <br> **Lisle, IL 60532** | - | | | | | | 2,545.00 |

Sheet no. __15__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **77,775.80**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Lockport Pharmacy, Inc. dba Corwin Pharmacy**                              ,    Case No. _____
                                         Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx. xxxxxx7518** <br><br> **Retalix** <br> **6100 Tennyson Parkway** <br> **Suite 130** <br> **Plano, TX 75024** | - | | | | | | 1,772.65 |
| Account No. **xxx xxx 1963** <br><br> **Revenue Assurance Partners** <br> **19399 Helenberg Rd.** <br> **Covington, LA 70433** | - | | | | | | 1,923.77 |
| Account No. **xx-xxx6636** <br><br> **River City Pharmacy** <br> **PO Box 713774** <br> **Cincinnati, OH 45271-3774** | - | | | | | | 5,906.76 |
| Account No. **xxx xxx 3171** <br><br> **Royal Publishing** <br> **7620 N. Marker Dr.** <br> **Peoria, IL 61615** | - | | | | | | 585.00 |
| Account No. **xx0132** <br><br> **RR Donnelley** <br> **PO Box 93514** <br> **Chicago, IL 60673-3514** | - | | | | | | 1,134.08 |

Sheet no. __16__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

11,322.26

B6F (Official Form 6F) (12/07) - Cont.

In re __**Lockport Pharmacy, Inc. dba Corwin Pharmacy**_____,   Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **xxx-xxx 8800**<br><br>**S. Abraham & Sons Inc.**<br>**AG ADjustments**<br>**740 Walt Whitman Rd.**<br>**Melville, NY 11747-9090** | - | | | | | | | | 3,910.82 |
| Account No. **xxx xxx 6358, xxx. 6361**<br><br>**S. Abraham & Sons, Inc.**<br>**PO Box 1768**<br>**4001 Three Mile Rd., NW**<br>**Grand Rapids, MI 49501-1768** | - | | | | | | | | 2,934.97 |
| Account No. **xxxx #xxx7805**<br><br>**Sav-RX Advantage**<br>**224 North Park Ave.**<br>**Fremont, NE 68025** | - | | | | | | | | 27.00 |
| Account No. **xxx xxx 0705**<br><br>**Snyder's of Hanover**<br>**7950 185th St.**<br>**Tinley Park, IL 60477** | - | | | | | | | | 563.36 |
| Account No. **xxx. xx. x3005**<br><br>**Special Interest Group**<br>**111 Peerwood Rd.**<br>**Ste. 200**<br>**San Ramon, CA 94583** | - | | | | | | | | 125.00 |

Sheet no. __**17**__ of __**22**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

7,561.15

B6F (Official Form 6F) (12/07) - Cont.

In re  **Lockport Pharmacy, Inc. dba Corwin Pharmacy** ,  Case No. _____
                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxx8711** | | | re: Allied Interstate | | | | |
| **Sprint** **PO Box 4191** **Carol Stream, IL 60197** | - | | | | | | 1,100.00 |
| Account No. **xxx-xxx-2592** | | | | | | | |
| **St. Dennis** **1214 Hamilton St.** **Lockport, IL 60441** | - | | | | | | 280.00 |
| Account No. **xxx xxx 2985** | | | | | | | |
| **Staples** **1125 E. Ogden Ave.** **Naperville, IL 60563** | - | | | | | | 136.19 |
| Account No. **xxx. x0131** | | | | | | | |
| **Stockwell Greetings Chicago** **7115 West North Ave.** **Oak Park, IL 60302** | - | | | | | | 418.50 |
| Account No. **xxx-xxx-3030** | | | | | | | |
| **Teller, Levit & Silvertrust PC** **19 S. LaSalle St., Ste. 701** **Chicago, IL 60603** | - | | | | | | 6,675.73 |

Sheet no. __**18**__ of __**22**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

8,610.42

B6F (Official Form 6F) (12/07) - Cont.

In re **Lockport Pharmacy, Inc. dba Corwin Pharmacy** , Case No. _____
                                                   Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Terrace Supply Company**<br>**710 N. Addison Rd.**<br>**Villa Park, IL 60181** | | - | | | | | 427.04 |
| Account No. **xxx. # x 3549**<br><br>**The Harvard Drug Group**<br>**1821 Reliable Parkway**<br>**Chicago, IL 60686-0001** | | - | | | | | 5,427.13 |
| Account No. **xxx xxx. xx1171; xx1171**<br><br>**The McCall Pattern Company**<br>**615 McCall Rd.**<br>**Manhattan, KS 66502-5035** | | - | | | | | 442.22 |
| Account No. **xxxx xx. xxxx xx 6951**<br><br>**Thomas Gearhart**<br>**Teller, Levit & Silverstrust, PC**<br>**19 South LaSalle St., Ste. 701**<br>**Chicago, IL 60603** | | - | **Masters Pharmaceutical vs. Corwin Pharmacy, Lockport Pharmacy, Walter Beich** | | | | **Unknown** |
| Account No. **xxx xxx 4200**<br><br>**Torf Law Firm**<br>**555 Skokie Blvd., Ste. 500**<br>**Northbrook, IL 60062** | | - | | | | | 6,851.66 |

Sheet no. **19** of **22** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  **13,148.05**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Lockport Pharmacy, Inc. dba Corwin Pharmacy**                                    ,        Case No. _____
                                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx4.001** <br><br> **Tracy, Johnson & Wilson** <br> **2801 Black Rd., 2nd Fl.** <br> **Joliet, IL 60435** | - | | | | | | 3,300.00 |
| Account No. **xxx #xx9754** <br><br> **United Delivery Service** <br> **1111 N. Ridge Rd.** <br> **Lombard, IL 60148** | | | | | | | 40.98 |
| Account No. **xxxxxx0171** <br><br> **United States Post Office** <br> **National Customer Support Center** <br> **433 W. Harrison St., Ste. 2007C** <br> **Chicago, IL 60699-9321** | - | | | | | | 1,702.17 |
| Account No. **xxxx1600** <br><br> **UPS Freight** <br> **28013 Network Place** <br> **Chicago, IL 60673** | - | | | | | | 1,542.40 |
| Account No. **xxx xxx 4000** <br><br> **US Balloon Company** <br> **140 58th St.** <br> **Brooklyn, NY 11209** | - | | | | | | 42.64 |

Sheet no. __20__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    6,628.19

B6F (Official Form 6F) (12/07) - Cont.

In re **Lockport Pharmacy, Inc. dba Corwin Pharmacy** ,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxx-xxxxx86-00**<br><br>**US Bank Equipment Lease**<br>**1310 Madrid St.**<br>**Marshall, MN 56258** | | - | | | | | | 663.82 |
| Account No. **xxx.# xx5698**<br><br>**US Gas**<br>**11618 South Mayfield**<br>**Alsip, IL 60803** | | - | | | | | | 792.14 |
| Account No. **xxx xxx 3700**<br><br>**US Script**<br>**2425 W. Shaw Ave.**<br>**Fresno, CA 93711** | | - | | | | | | 312.20 |
| Account No.<br><br>**Variety Distributions Inc.**<br>**609 7th St.**<br>**Harlan, IA 51537** | X | - | | | | | | 50,515.50 |
| Account No. **xxx xxx 2632**<br><br>**VIP**<br>**c/o ANDA**<br>**2915 Weston Rd.**<br>**Weston, FL 33331** | | - | | May have interest in VIP | | | | 12,787.60 |

Sheet no. __21__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

65,071.26

B6F (Official Form 6F) (12/07) - Cont.

In re   **Lockport Pharmacy, Inc. dba Corwin Pharmacy**                              ,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxx-2007**<br><br>**Waste Management**<br>**700 E. Botterfield Rd.**<br>**4th Fl.**<br>**Lombard, IL 60148** | - | | | | | | 691.95 |
| Account No. **xxx. xx xx1606**<br><br>**Windmill Health Products**<br>**6 Henderson Dr.**<br>**Caldwell, NJ 07006** | - | | | | | | 290.34 |
| Account No. **xxxxxx9191**<br><br>**Yellow Book Sales c/o**<br>**Daniel Spilotro @ Spilotro Law Grp.**<br>**2551 N. Clark St., Ste. 300**<br>**Chicago, IL 60614** | - | | | | | | 12,644.95 |
| Account No.<br><br>**Yellowstone**<br>**160 Pearl St.**<br>**New York, NY 10005** | - | | | | | | 50,000.00 |
| Account No. | | | | | | | |

| | | |
|---|---|---|
| Sheet no. __22__ of __22__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 63,627.24 |
| | Total (Report on Summary of Schedules) | 699,072.38 |

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

B6G (Official Form 6G) (12/07)

.

In re   **Lockport Pharmacy, Inc. dba Corwin Pharmacy**                           ,        Case No. _____
Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Lease Finance Group**<br>**65 E. Wacker Place, Ste. 510**<br>**Chicago, IL 60601** | **Credit Card Machine** |
| **Lease Finance Group LLC**<br>**65 E. Wacker Pl., Ste. 510**<br>**Chicago, IL 60601** | **Point of Sale System** |
| **Lockport Plaza Associates, LLC**<br>**%Carl Buck@Rathbun Cservenyak et al**<br>**3260 Executive D.**<br>**Joliet, IL 60431** | **Landlord** |
| **US Bank Equipment Lease**<br>**1310 Madrid St.**<br>**Marshall, MN 56258** | **JRS Ventures Computers, Mitsubishi PT7000**<br>**Touch Screen Computer, Large stand for Kiosk,**<br>**printers, Mitsubishi CP3800DW 8 x 10/12" photo**<br>**printer; signs, scanning equip,  $663.82** |

**0**

_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

B6H (Official Form 6H) (12/07)

.

In re   **Lockport Pharmacy, Inc. dba Corwin Pharmacy**                    ,   Case No. _____
                                                      Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Walter Beich**<br>**954 E. 9th St.**<br>**Lockport, IL 60441** | **Variety Distributions Inc.**<br>**609 7th St.**<br>**Harlan, IA 51537** |
| **Walter Beich**<br>**954 E. 9th St.**<br>**Lockport, IL 60441** | **Lockport Plaza Associates, LLC**<br>**%Carl Buck@Rathbun Cservenyak et al**<br>**3260 Executive D.**<br>**Joliet, IL 60431** |
| **Walter Beich III**<br>**954 E. 9th St.**<br>**Lockport, IL 60441** | **Standard Bank and Trust Company**<br>**7800 W. 95th St.**<br>**Hickory Hills, IL 60457**<br>    **Landlord** |
| **Walter Beich III**<br>**954 E. 9th St.**<br>**Lockport, IL 60441** | **American Credit Systems**<br>**400 W. Lake St.**<br>**PO Box 72849**<br>**Roselle, IL 60172**<br>    **Landlord** |
| **Walter Beich III**<br>**954 E. 9th St.**<br>**Lockport, IL 60441** | **Cardinal Health**<br>**1950 Bentley Ct.**<br>**Glendale Heights, IL 60139** |
| **Walter Beich III**<br>**954 E. 9th St.**<br>**Lockport, IL 60441** | **SunTrust Bank, Program Lending**<br>**3333 Peachtree Road, N.E.**<br>**3rd Fl., South Tower**<br>**Atlanta, GA 30326** |
| **Walter Beich III**<br>**954 E. 9th St.**<br>**Lockport, IL 60441** | **Dex**<br>**8501 West 137th St.**<br>**Overland Park, KS 66223** |
| **Walter Beich III**<br>**954 E. 9th St.**<br>**Lockport, IL 60441** | **Masters Pharmaceutical**<br>**PO Box 713769**<br>**Cincinnati, OH 45271-3769** |

**0**
_____ continuation sheets attached to Schedule of Codebtors

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Lockport Pharmacy, Inc. dba Corwin Pharmacy**        Case No. _____

                                        Debtor(s)        Chapter    **7**  _____

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___**35**___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **October 30, 2014**                Signature    **/s/ Walter Beich** _____

                                                **Walter Beich**
                                                **President**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (04/13)

# United States Bankruptcy Court
### Northern District of Illinois

In re   **Lockport Pharmacy, Inc. dba Corwin Pharmacy** _____   Case No. _____
                                    Debtor(s)          Chapter   **7**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

---

**1. Income from employment or operation of business**

None

☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$4,693,959.90** | **2012 income (fiscal)** |
| **$5,336,727.08** | **2013 income (fiscal)** |
| **$1,624,309.92** | **January 1, 2014 through October 30, 2014** |

---

**2. Income other than from employment or operation of business**

None

■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                                    SOURCE

B7 (Official Form 7) (04/13)
2

---

### 3. Payments to creditors

None ■   *Complete a. or b., as appropriate, and c.*

    a.   *Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
| --- | --- | --- | --- |

None ■   b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
| --- | --- | --- | --- |

None ■   c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
| --- | --- | --- | --- |

---

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None ☐   a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
| --- | --- | --- | --- |
| **Variety Distributors, Inc. v. Lockport Pharmacy Inc., and Walter Beich, Case No. 2013 AR 627** | **Citation Proceedings** | **Circuit Court of the Twelfth Judicial Circuit, Will County, Illinois** | **Pending** |
| **Lockport Plaza Associates, LLC v. Corwin Pharmacy and Walter Biech, Case No. 14 L 811** | **Forcible Entry and Detainer** | **Circuit Court of the Twelfth Judicial Circuit, Will County, Illinois** | **Pending** |
| **Standard Bank v. Lockport Pharmacy Inc.Case No. 2013 L 310** | **Judgment** | **Circuit Court of the Twelfth Judicial Circuit, Will County, Illinois** | **Pending** |
| **Standard Bank vs. Walter Beich, Case No. 2013 L 312** | **Judgment** | **Circuit Court of the Twelfth Judicial Circuit, Will County, Illinois** | **Pending** |
| **HIBU, Inc. vs. Corwin Pharmacy, Lockport Pharmacy, Case No. 2014 AR 626** | | **Circuit Court of the Twelfth Judicial Circuit, Will County, Illinois** | **Pending** |
| **Mercedes Benz Financial vs. Walter Beich, Case No. 2014 AR 442** | | **Circuit Court of the Twelfth Judicial Circuit, Will County, Illinois** | **Pending** |
| **Standard Bank vs. Walter Beich, Case No. 2014 CH 813** | **foreclosure/judg ment** | **Circuit Court of the Twelfth Judicial Circuit, Will County, Illinois** | **Pending** |

---

*Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B7 (Official Form 7) (04/13)
3

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Masters Pharmaceutical vs. Corwin Pharmacy, Lockport Pharmacy, Walter Beich, Case No. 2014 SC 6951** | | **Circuit Court of the Twelfth Judicial Circuit, Will County, Illinois** | **Pending** |
| **Dex Media, Inc. v. Lockport Pharmacy, Inc., Case 14 AR 714** | **Citation to Discover Assets, Third Party** | **Circuit Court of the 12th Judicial Ciircuit, Will County, Illinois** | **Judgment** |

None
■
b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 5. Repossessions, foreclosures and returns

None
■
List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 6. Assignments and receiverships

None
■
a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
■
b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

### 7. Gifts

None
■
List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

B7 (Official Form 7) (04/13)
4

---

**8. Losses**

None
■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

---

**9. Payments related to debt counseling or bankruptcy**

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Crane, Heyman, Simon, Welch & Clar**<br>**135 S. LaSalle Street**<br>**Suite 3705**<br>**Chicago, IL 60603** | **October 21, 2014** | **$5,000.00** |

---

**10. Other transfers**

None
■

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None
■

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

---

**11. Closed financial accounts**

None
■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

---

B7 (Official Form 7) (04/13)

5

**12. Safe deposit boxes**

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None
☐

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|
| **Frankfort Pharmacy, Inc.** | **Inventory $17,203.72** | **954 E. 9th St., Lockport, IL 60441** |

**15. Prior address of debtor**

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

B7 (Official Form 7) (04/13)
6

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■   b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■   c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None
■   a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

None
■   b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None
☐   a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

B7 (Official Form 7) (04/13)
7

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Accounting Pros**<br>**Greg Coughenour, CPA**<br>**1695 2nd St.**<br>**Highland Park, IL 60035** | **1994 to present** |

None    b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the
☐    books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|
| **Accounting Pros** | **Greg Coughenour, CPA**<br>**1695 2nd St.**<br>**Highland Park, IL 60035** | |

None    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records
☐    of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| **Accounting Pros** | **Greg Coughenour, CPA**<br>**1695 2nd St.**<br>**Highland Park, IL 60035** |

None    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was
☐    issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| **Standard Bank**<br>**7800 W. 95th St.**<br>**Hickory Hills, IL 60457** | **Annual** |
| **Cardinal Drugs Wholesaler**<br>**7000 Cardinal Place**<br>**Dublin, OH 43017** | **Annual** |

**20. Inventories**

None    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory,
☐    and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market or other basis) |
|---|---|---|
| 7/30/12 | **Progressive Inventory, 6209 W. Grand Ave.,**<br>**Chicago, IL 60639** | **$616,369.42** |
| 7/26/13 | **Progressive Inventory, 6209 W. Grand Ave.,**<br>**Chicago, IL 60639** | **$281,778.15** |

None    b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.
☐

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY<br>RECORDS |
|---|---|
| 7/30/12 | **Lockport Pharmacy, Inc.**<br>**954 E. 9th St.**<br>**Lockport, IL 60441** |
| 7/26/13 | **Lockport Pharmacy, Inc.**<br>**954 E. 9th St.**<br>**Lockport, IL 60441** |

B7 (Official Form 7) (04/13)
8

### 21 . Current Partners, Officers, Directors and Shareholders

None
■

a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None
☐

b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **Walter Biech** **17100 Parker Rd.** **60491** | **President, Vice President, Secretary, Treasurer and Sole Director** | **100%** |

### 22 . Former partners, officers, directors and shareholders

None
■

a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None
■

b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

### 23 . Withdrawals from a partnership or distributions by a corporation

None
■

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 24. Tax Consolidation Group.

None
■

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

### 25. Pension Funds.

None
■

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

* * * * * *

B7 (Official Form 7) (04/13)
9

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date  **October 30, 2014**                    Signature   **/s/ Walter Beich**
                                                          **Walter Beich**
                                                          **President**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

## United States Bankruptcy Court
### Northern District of Illinois

In re   **Lockport Pharmacy, Inc. dba Corwin Pharmacy**      Case No. _____

                 Debtor(s)       Chapter   **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **5,000.00** |
| Prior to the filing of this statement I have received | $ | **5,000.00** |
| Balance Due | $ | **0.00** |

2. $ **$335.00** of the filing fee has been paid.

3. The source of the compensation paid to me was:

   ☒ Debtor      ☐ Other (specify):

4. The source of compensation to be paid to me is:

   ☐ Debtor      ☐ Other (specify):    **N/A**

5. ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs which may be required;
   c. Representation of the debtor at the meeting of creditors and any adjourned hearings thereof;
   d. [Other provisions as needed]

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:   **October 30, 2014**            **/s/ DAVID K. WELCH**
                                                **DAVID K. WELCH**
                                                **Crane, Heyman, Simon, Welch & Clar**
                                                **Suite 3705**
                                                **135 South LaSalle Street**
                                                **Chicago, IL 60603-4297**
                                                **312-641-6777  Fax: 312-641-7114**

# United States Bankruptcy Court
## Northern District of Illinois

In re   __Lockport Pharmacy, Inc. dba Corwin Pharmacy__                          Case No. _____
                                                              Debtor(s)          Chapter   __7__   _____

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: _____ **123**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:   __October 30, 2014__                    __/s/ Walter Beich__
                                                **Walter Beich**/**President**
                                                Signer/Title

21st Century Formulations
9663 Santa Monica Blvd., Ste. 860
Beverly Hills, CA 90210

Blue Cross Blue Shield
25396 Network Place
Chicago, IL 60673

Cross Point Sales
3158 S. State St.
Lockport, IL 60441

22nd Century Media LLC
11516 West 183rd St.
Office Condo #3 Unit SW
Orland Park, IL 60467

BR Data
715 Pinelawn Rd., Ste. 305
Melville, NY 11747

Daniel Spilotro
Spilotro Law Group, LLC
2551 N. Clark St., STe. 405
Chicago, IL 60614

Accounting Pros
PO Box 188
Highland Park, IL 60035

Broida and Nichele Ltd.
Attorneys at Law
Suite 108
Naperville, IL 60563

David Clark
Law Office of David W. Clark
207 N. Washington St.
Wheaton, IL 60187

Advantage Leasing
13400 Bishops Lane, Ste. 280
Brookfield, WI 53005

Cardinal Health
1950 Bentley Ct.
Glendale Heights, IL 60139

Dearborn Wholesale Grocers
4525 W. Madison St.
Chicago, IL 60624

American Credit Systems
400 W. Lake St.
PO Box 72849
Roselle, IL 60172

Carl Buck
Rathbun Cservenyak & Kozol
3260 Executive Dr.
Joliet, IL 60431

Dennis Porick
Dennis B. Porick Ltd.
63 W. Jefferson St., Ste. 100
Joliet, IL 60432

American Express
United Recovery Systems
PO Box 722929
Houston, TX 77272

Citi Business Card
1500 Boltonfield St.
Columbus, OH 43228

Des Plaines Office Equipment
1020 Bonaventure Dr.
Elk Grove Village, IL 60007

Anda
3000 Alt. Blvd.
Grand Island, NY 14072

Cloverleaf Farms
13835 South Kostner
Bridgeview, IL 60455

Dex
8501 West 137th St.
Overland Park, KS 66223

AT&T
P.O. Box 5080
Carol Stream, IL 60197

CNA Surety Direct Bill
PO Box 957312
Saint Louis, MO 63195-7312

Dr. Comfort
10300 N. Enterprise Dr.
Mequon, WI 53092

Avsec Printing
825 Plainfield Rd.
Joliet, IL 60435

ComEd
Payment Processing
P.O. Box 55126

Drug Package Inc.
901 Drug Package Lane
O Fallon, MO 63366

Bell Lifestyle Products
07090 68th St.
South Haven, MI 49090

Constellation An Excelon Company
14217 Collections Center Dr.
Chicago, IL 60693

Dystrup, Hoster and Jarot
822 129th Infantry Dr.
Joliet, IL 60435

E.F. Bavis Associates Inc.
201 Grandin Rd.
Maineville, OH 45039

Home Office
1125 International Parkway
Woodridge, IL 60517

Internal Revenue Service
Cincinnati, OH 45999-0025

Ed Anderson
Chuck Bretz & Associates
58 N. Chicago Ave., 2nd Fl.
Joliet, IL 60432

Home Pages
915 E. Lincoln Way Hwy.
PO Box 801
DeKalb, IL 60115

Jay Levy
Jay K. Levy & Associates
PO Box 1181
Evanston, IL 60201-1181

Emdeon
PO Box 572490
Murray, UT 84157

Hudson Energy
24919 Network Place
Chicago, IL 60673

Jigsaw Solutions
1296 Lakeview Dr.
Romeoville, IL 60446

Fabric Traditions
519 8th Ave. 19th Floor
New York, NY 10018

Humana Prescription Ntwk Operations
003/73266
325 W. Main St. WFP 6W
Louisville, KY 40202

JR Distributions
1000 Crossroads Parkway
Bolingbrook, IL 60490

Fed Ex
PO Box 94515
Palatine, IL 60094

Illinois Department of
Employment Security
33 S. State, 10th Fl.
Chicago, IL 60603-2802

JRS Ventures
37 Elaine Dr.
O Fallon, MO 63366

FedEx
Revenue Services
3965 Airways, Module G, 4th Fl.
Memphis, TN 38116

Illinois Department of Revenue
PO Box 19006
Springfield, IL 62794-9006

Lagniappe
PO Box 637946
Cincinnati, OH 45263-7946

First Tech Utility
1 North Brentwood, Ste. 500
Saint Louis, MO 63105

Illinois State Lottery
PO Box 19080
Springfield, IL 62794

Larry Wolfe
9933 Lawler Ave.
Skokie, IL 60077

Forest Alarm Services, Inc.
1807 S. Washington St.
Naperville, IL 60565

IMS
6201 W. Howard, Ste. 100
Niles, IL 60714

Lease Finance Group
65 E. Wacker Place, Ste. 510
Chicago, IL 60601

Fox Valley Fire & Safety
2730 Pinnacle Drive
Elgin, IL 60124

Incomm
250 Williams Street
5th Fl., Ste. 5-2002
Atlanta, GA 30303

Lease Finance Group LLC
65 E. Wacker Pl., Ste. 510
Chicago, IL 60601

Frito Lay
75 Remittance Dr., Ste. 1217
Chicago, IL 60675

Independence Medical
PO Box 635864
Cincinnati, OH 45263-5864

Lockport Chamber of Commerce
921 S. State St.
Lockport, IL 60441

Lockport Plaza Associates, LLC
%Carl Buck@Rathbun Cservenyak et al
3260 Executive D.
Joliet, IL 60431

Nicor Gas
PO Box 5407
Carol Stream, IL 60197-5407

Prime Therapeutics
1305 Corporate Center Dr.
Saint Paul, MN 55121

M & M New's Agency
342 N. 30th Road
La Salle, IL 61301

NuWay Disposal
17726 Oak Park Ave. #1
IL 60495

Progressive Inventory Services
6209 W. Grand Ave.
Chicago, IL 60639

Masters Pharmaceutical
PO Box 713769
Cincinnati, OH 45271-3769

Oregon Mint Snuff Company
14155 SW Business Circle Rd.
Terrebonne, OR 97760-7892

Reliable Color
709 Lindsey Lane
Bolingbrook, IL 60440

Matrix
110 Tices Lane
Building A, Unit 5 B
East Brunswick, NJ 08816

Ottosen, Britz, Lelly, Cooper
Gilbert & Dinolfo
1804 N. Naper Blvd., Ste. 350
Naperville, IL 60563

Retail Date Systems
1998 Ohio St., Ste. 300
Lisle, IL 60532

Maury Cobb
Attorney at Law
600 Beacon Parkway West 300B
Birmingham, AL 35209-3120

Package Express Centers
PO Box 178
Greeneville, TN 37744

Retalix
6100 Tennyson Parkway
Suite 130
Plano, TX 75024

McCarthy, Burgess & Wolf
26000 Cannon Rd.
Cleveland, OH 44146

Pepperidge Farm
230 2nd St.
Downers Grove, IL 60515-5282

Revenue Assurance Partners
19399 Helenberg Rd.
Covington, LA 70433

Medical Screening Services, Inc.
5727 West Howard St.
Niles, IL 60714-4070

Pepsi
1400 W. 35th St.
Chicago, IL 60609

River City Pharmacy
PO Box 713774
Cincinnati, OH 45271-3774

Medical Security Card Company
PO Box 80063
City of Industry, CA 91716-8063

Pharmaceutical Returns Service
110 Oak St.
North Aurora, IL 60542

Royal Publishing
7620 N. Marker Dr.
Peoria, IL 61615

Mercedes Benz Financial
Attention Lockbox Dept.
36455 Corporate Drive
Farmington, MI 48331

Precious Moments
4105 Chapel Rd.
Carthage, MO 64836

RR Donnelley
PO Box 93514
Chicago, IL 60673-3514

New A.D.E. Inc.
49 Garfield St.
Holyoke, MA 01040

Preferred Business Publications
1938 Lincoln Highway, Ste. 219
New Lenox, IL 60451

S. Abraham & Sons Inc.
AG ADjustments
740 Walt Whitman Rd.
Melville, NY 11747-9090

S. Abraham & Sons, Inc.
PO Box 1768
4001 Three Mile Rd., NW
Grand Rapids, MI 49501-1768

Teller, Levit & Silvertrust PC
19 S. LaSalle St., Ste. 701
Chicago, IL 60603

US Balloon Company
140 58th St.
Brooklyn, NY 11209

Sav-RX Advantage
224 North Park Ave.
Fremont, NE 68025

Terrace Supply Company
710 N. Addison Rd.
Villa Park, IL 60181

US Bank Equipment Lease
1310 Madrid St.
Marshall, MN 56258

Snyder's of Hanover
7950 185th St.
Tinley Park, IL 60477

The Harvard Drug Group
1821 Reliable Parkway
Chicago, IL 60686-0001

US Gas
11618 South Mayfield
Alsip, IL 60803

Special Interest Group
111 Peerwood Rd.
Ste. 200
San Ramon, CA 94583

The McCall Pattern Company
615 McCall Rd.
Manhattan, KS 66502-5035

US Script
2425 W. Shaw Ave.
Fresno, CA 93711

Sprint
PO Box 4191
Carol Stream, IL 60197

Thomas Gearhart
Teller, Levit & Silvertrust, PC
19 South LaSalle St., Ste. 701
Chicago, IL 60603

Variety Distributions Inc.
609 7th St.
Harlan, IA 51537

St. Dennis
1214 Hamilton St.
Lockport, IL 60441

Torf Law Firm
555 Skokie Blvd., Ste. 500
Northbrook, IL 60062

Variety Distributors, Inc.
c/o Law offices of David W. Clark
511 W. Wesley St.
Wheaton, IL 60187

Standard Bank and Trust Company
7800 W. 95th St.
Hickory Hills, IL 60457

Tracy, Johnson & Wilson
2801 Black Rd., 2nd Fl.
Joliet, IL 60435

VIP
c/o ANDA
2915 Weston Rd.
Weston, FL 33331

Staples
1125 E. Ogden Ave.
Naperville, IL 60563

United Delivery Service
1111 N. Ridge Rd.
Lombard, IL 60148

Walter Beich
954 E. 9th St.
Lockport, IL 60441

Stockwell Greetings Chicago
7115 West North Ave.
Oak Park, IL 60302

United States Post Office
National Customer Support Center
433 W. Harrison St., Ste. 2007C
Chicago, IL 60699-9321

Walter Beich III
954 E. 9th St.
Lockport, IL 60441

SunTrust Bank, Program Lending
3333 Peachtree Road, N.E.
3rd Fl., South Tower
Atlanta, GA 30326

UPS Freight
28013 Network Place
Chicago, IL 60673

Waste Management
700 E. Botterfield Rd.
4th Fl.
Lombard, IL 60148

Windmill Health Products
6 Henderson Dr.
Caldwell, NJ 07006

Yellow Book Sales c/o
Daniel Spilotro @ Spilotro Law Grp.
2551 N. Clark St., Ste. 300
Chicago, IL 60614

Yellowstone
160 Pearl St.
New York, NY 10005

# United States Bankruptcy Court
## Northern District of Illinois

In re **Lockport Pharmacy, Inc. dba Corwin Pharmacy**

Debtor(s)

Case No.

Chapter **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Lockport Pharmacy, Inc. dba Corwin Pharmacy** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

October 30, 2014

Date

**/s/ DAVID K. WELCH**

**DAVID K. WELCH**

Signature of Attorney or Litigant

Counsel for **Lockport Pharmacy, Inc. dba Corwin Pharmacy**

**Crane, Heyman, Simon, Welch & Clar**
**Suite 3705**
**135 South LaSalle Street**
**Chicago, IL 60603-4297**
**312-641-6777 Fax:312-641-7114**