UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Chapter 7 |
|    Lockport Pharmacy, Inc. dba | ) | Case No: 14 B 39396 |
|    Corwin Pharmacy | ) | |
| | ) | Honorable Bruce W. Black |
|    Debtors, | ) | |
| | ) | |

**Findings of Fact and Conclusions of Law in Support of Order Awarding to Chuhak & Tecson, P.C., Attorneys for Trustee, for Allowance and Payment of Interim Compensation and Reimbursement of Expenses.**

| | | | |
|---|---|---|---|
| Total Fees Requested: | $14,300.00 | Total Costs Requested: | $500.80 |
| Fees Disallowed: | $ 750.00 | Costs Disallowed: | $ 0.00 |
| Total Fees Allowed: | $13,550.00 | Total Costs Allowed: | $500.80 |

Total Fees and Costs Allowed:     $ 14,050.80

THE COURT HAS IDENTIFIED THE ATTACHED NOTED TIME AND EXPENSE ENTRIES THAT HAVE BEEN DISALLOWED IN WHOLE OR IN PART

**(1)    Trustee Work Can Not Be Compensated As Professional Services**
"The Trustee cannot effectively expand the maximum limits of Section 326(a) by hiring other people to perform his duties for him, whether they are paralegals, attorneys, accountants or other professional persons, and utilize the potentially unlimited scope of Section 330 as a basis for award of reasonable compensation."*Boldt v. United States Trustee (In re Jenkins)*, 130 F.3d 1335, 1341 (9th Cir. 1997) (quoting *In re Prairie Cent. Ry. Co.*, 87 B.R. 952, 959 (Bankr. N.D. Ill. 1988):

| | |
|---|---|
| **Services associated with retention of professionals** | **$ 300.00** |
| **Services associated with case consolidation** | **$ 450.00** |

**Chuhak & Tecson, P.C.** is hereby awarded an allowance of interim compensation and expenses as set forth above.

Dated: 18 SEP 2015

Entered:
William Altenberger
United States Bankruptcy Court