# UNITED STATES BANKRUPTCY COURT
## NORTHERN **DISTRICT OF** ILLINOIS
### EASTERN **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| Lockport Pharmacy, Inc. Dba Corwinpharmacy | § | Case No. 14-39396 |
| | § | |
| Debtor | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1.  A petition under chapter 7 of the United States Bankruptcy Code was filed on 10/30/2014 .   The undersigned trustee was appointed on  10/30/2014 .

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4.  The trustee realized gross receipts of       $      60,370.96

Funds were disbursed in the following amounts:

| | |
|---|---|
| Payments made under an interim disbursement | 24,000.00 |
| Administrative expenses | 19,391.24 |
| Bank service fees | 834.44 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]  $ | 16,145.28 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

5.    Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6.    The deadline for filing non-governmental claims in this case was  05/04/2015  and the deadline for filing governmental claims was  05/04/2015 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7.    The Trustee's proposed distribution is attached as **Exhibit D**.

8.    Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 6,268.55 .  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00  as interim compensation and now requests a sum of $ 6,268.55 , for a total compensation of $ 6,268.55 [2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 39.25 , for total expenses of $ 39.25 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.


Date: 07/18/2017                          By:/s/Zane L. Zielinski, Trustee
                                             Trustee


**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 14-39396 | BWB | Judge: | Bruce W. Black | Trustee Name: | Zane L. Zielinski, Trustee |
| Case Name: | Lockport Pharmacy, Inc. Dba Corwinpharmacy | | | | Date Filed (f) or Converted (c): | 10/30/2014 (f) |
| | | | | | 341(a) Meeting Date: | 12/01/2014 |
| For Period Ending: | 07/18/2017 | | | | Claims Bar Date: | 05/04/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Est Net Value<br>(Value Determined by<br>Trustee, Less Liens,<br>Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) | Sale/Funds<br>Received by<br>the Estate | Asset Fully<br>Administered (FA)/<br>Gross Value of Remaining<br>Assets |
| 1.  Standard Bank & Trust Co., 7800 W. 95Th St., Hickory Hills, | 4,470.00 | 4,661.79 | | 4,661.79 | FA |
| 2.  Checking, savings or other financial accounts | 0.00 | 0.00 | | 0.00 | FA |
| 3.  Checking, savings or other financial accounts | 0.00 | 0.00 | | 0.00 | FA |
| 4.  Checking, savings or other financial accounts | 87.50 | 0.00 | | 0.00 | FA |
| 5.  Checking, savings or other financial accounts | 219.17 | 0.00 | | 0.00 | FA |
| 6.  Com Ed Account No. 9587777025 | 12,110.00 | 0.00 | | 0.00 | FA |
| 7.  Consumer Accounts Receivable - Approximately | 20,000.00 | 452.25 | | 452.25 | FA |
| 8.  Accounts Receivable | 21,630.78 | 5,256.92 | | 5,256.92 | FA |
| 9.  Prescriptions Files | 1,000,000.00 | 35,000.00 | | 35,000.00 | FA |
| 10. Office equipment, Furnishings, and Supplies | Unknown | 10,000.00 | | 10,000.00 | FA |
| 11. Cosmetics, Toys, Housewares, Party Supplies, Greeting<br>Cards, | Unknown | 5,000.00 | | 5,000.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)  $1,058,517.45  $60,370.96  $60,370.96  $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

The Trustee is preparing tax returns.

Exhibit A

| RE PROP # | 2 | -- | Bmo Harris #****....5618 |
| RE PROP # | 3 | -- | Bmo Harris ****....9943 -(1,736.34) |
| RE PROP # | 4 | -- | Bmo Harris #****....5626 |
| RE PROP # | 5 | -- | Standard Bank & Trust In Frankfort A/C No. ****....8008 |
| RE PROP # | 8 | -- | Accounts Receivable - Insurance |
| RE PROP # | 10 | -- | desks (6), chairs (12), computers (6), filing cabinets (8) (2) small ones, fax machines (4), computer screens (4), printer (2), scanner (1) , Old equipment: monitors (3), towers (5), cash register (9) (4) computers and screens; 3 vacuum cleaners, miscellan |

Initial Projected Date of Final Report (TFR): 03/31/2016          Current Projected Date of Final Report (TFR): 03/31/2017

### FORM 2
### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| Case No: 14-39396 | Trustee Name: Zane L. Zielinski, Trustee | Exhibit B |
| Case Name: Lockport Pharmacy, Inc. Dba Corwinpharmacy | Bank Name: Associated Bank | |
| | Account Number/CD#: XXXXXX4255 | |
| | Checking | |
| Taxpayer ID No: XX-XXX0523 | Blanket Bond (per case limit): $5,000,000.00 | |
| For Period Ending: 07/18/2017 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/14/15 | | Transfer from Acct # xxxxxx4901 | Transfer of Funds | 9999-000 | $35,648.11 | | $35,648.11 |
| 08/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $30.76 | $35,617.35 |
| 09/08/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $52.95 | $35,564.40 |
| 09/10/15 | 5001 | Lockport Plaza 11001 MCCARTHY RD PALOS PARK, IL 60464 | Administrative expense Post Petition Rental Payment | 2410-000 | | $3,000.00 | $32,564.40 |
| 10/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $51.17 | $32,513.23 |
| 10/07/15 | 5002 | SAK Management Consultant, LLC One Northfield Plaza, Suite 210 Northfield, IL 60093 | Professional Fees | 3731-000 | | $8,500.00 | $24,013.23 |
| 10/07/15 | 5003 | SAK Management Consultant LLC One Northfield Plaza, Suite 210 Northfield, IL 60093 | Professional Expenses | 3731-000 | | $55.74 | $23,957.49 |
| 10/07/15 | 5004 | Chuhak & Tecson, P.C. 30 South Wacker Drive Suite 2600 Chicago, Illinois 60606 | Professional Fees | 3110-000 | | $6,775.00 | $17,182.49 |
| 10/07/15 | 5005 | Chuhak & Tecson, 30 South Wacker Drive Suite 2600 Chicago, Illinois 60606 | Professional Expenses | 3120-000 | | $500.80 | $16,681.69 |
| 11/06/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $34.82 | $16,646.87 |
| 12/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $23.95 | $16,622.92 |
| 01/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $24.71 | $16,598.21 |

Page Subtotals:                    $35,648.11        $19,049.90

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

Case No: 14-39396

Case Name: Lockport Pharmacy, Inc. Dba Corwinpharmacy

Taxpayer ID No: XX-XXX0523

For Period Ending: 07/18/2017

Trustee Name: Zane L. Zielinski, Trustee

Bank Name: Associated Bank

Account Number/CD#: XXXXXX4255

Checking

Blanket Bond (per case limit): $5,000,000.00

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/05/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $24.68 | $16,573.53 |
| 02/29/16 | 5006 | Arthur B. Levine Company Maria Sponza Adams-Levine 60 East 42nd Street, Room 965 New York, New York 10165 | Bond Payment | 2300-000 | | $15.88 | $16,557.65 |
| 03/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $23.05 | $16,534.60 |
| 04/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $24.59 | $16,510.01 |
| 05/06/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $23.75 | $16,486.26 |
| 06/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $24.51 | $16,461.75 |
| 07/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $23.68 | $16,438.07 |
| 08/05/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $24.44 | $16,413.63 |
| 09/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $24.40 | $16,389.23 |
| 10/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $23.58 | $16,365.65 |
| 11/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $24.33 | $16,341.32 |
| 12/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $23.51 | $16,317.81 |

UST Form 101-7-TFR (5/1/2011) *(Page: 6)*

Page Subtotals:                    $0.00          $280.40

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| | |
|---|---|
| Case No: 14-39396 | Trustee Name: Zane L. Zielinski, Trustee |
| Case Name: Lockport Pharmacy, Inc. Dba Corwinpharmacy | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX4255 |
| | Checking |
| Taxpayer ID No: XX-XXX0523 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 07/18/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/09/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $24.26 | $16,293.55 |
| 02/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $24.23 | $16,269.32 |
| 02/28/17 | 5007 | International Sureties, LTD. Suite 420 701 Pydras Street New Orleans, LA 70139 | 2017 Bond Payment | 2300-000 | | $7.38 | $16,261.94 |
| 03/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $21.85 | $16,240.09 |
| 04/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $24.15 | $16,215.94 |
| 05/05/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $23.33 | $16,192.61 |
| 06/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $24.07 | $16,168.54 |
| 07/10/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $23.26 | $16,145.28 |

| | | |
|---|---|---|
| COLUMN TOTALS | $35,648.11 | $19,502.83 |
| Less: Bank Transfers/CD's | $35,648.11 | $0.00 |
| Subtotal | $0.00 | $19,502.83 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $19,502.83 |

UST Form 101-7-TFR (5/1/2011) *(Page: 7)*

Page Subtotals:                    $0.00          $172.53

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | | | |
|---|---|---|---|
| Case No: 14-39396 | | Trustee Name: Zane L. Zielinski, Trustee | |
| Case Name: Lockport Pharmacy, Inc. Dba Corwinpharmacy | | Bank Name: The Bank of New York Mellon | |
| | | Account Number/CD#: XXXXXX4901 | |
| | | Checking | |
| Taxpayer ID No: XX-XXX0523 | | Blanket Bond (per case limit): $5,000,000.00 | |
| For Period Ending: 07/18/2017 | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/07/14 | 8 | RxOptions LLC<br>8957 Canyon Falls Blvd<br>Twinsburg, OH | Accounts Receivable | 1121-000 | $1.05 | | $1.05 |
| 11/07/14 | 8 | Express Scripts<br>One Express Way<br>St. Louis, MO 63121 | Accounts Receivable | 1121-000 | $81.06 | | $82.11 |
| 11/07/14 | 8 | Argus Pharmacy Network<br>P.O. Box 419019, Dept. 2<br>Kansas City, MO  64141-6019 | Accounts Receivable | 1121-000 | $67.38 | | $149.49 |
| 11/07/14 | 8 | OptumRx<br>P.O. Box 6104<br>Cypress, CA 90630-6104 | Accounts Receivable | 1121-000 | $43.75 | | $193.24 |
| 11/07/14 | 7 | Elizabeth and Robert E. Anderson, Ellen M. Tierney | Accounts Receivable | 1121-000 | $15.00 | | $208.24 |
| 11/07/14 | 7 | Gayatri Kaistha<br>16117 W. Redcloud Dr.<br>Lockport, IL 60441-4598 | Accounts Receivable | 1121-000 | $23.57 | | $231.81 |
| 11/07/14 | 7 | Malcom W. and Mary J. McNaughton<br>18203 Lynn Dr., #332<br>Orland Park, IL 60467 | Accounts Receivable | 1121-000 | $95.99 | | $327.80 |
| 11/07/14 | 8 | OptumRx<br>P.O. Box 6104<br>Cypress, CA 90630-6104 | Accounts Receivable | 1121-000 | $50.57 | | $378.37 |
| 11/07/14 | 8 | Navitus<br>2601 W. Beltline Hwy, Ste. 600<br>Madison, WI 53713 | Accounts Receivable | 1121-000 | $12.68 | | $391.05 |
| 11/07/14 | 8 | Catamaran<br>1600 McConnor Pkwy.<br>Schaumburg, IL 60173-6801 | Accounts Receivable | 1121-000 | $72.42 | | $463.47 |
| 11/07/14 | 8 | Catamaran<br>P.O. Box 545<br>Deerfield, IL 60015 | Accounts Receivable | 1121-000 | $122.07 | | $585.54 |
| 11/07/14 | 8 | SavRx<br>224 N. Park Ave.<br>Fremont, NE 68025 | Accounts Receivable | 1121-000 | $12.05 | | $597.59 |
| 11/07/14 | 8 | Express Scripts<br>One Express Way | Accounts Receivable | 1121-000 | $2,492.68 | | $3,090.27 |

UST Form 101-7-TFR (5/1/2011) *(Page: 8)*          Page Subtotals:          $3,090.27          $0.00

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | | |
|---|---|---|
| Case No: 14-39396 | Trustee Name: Zane L. Zielinski, Trustee | |
| Case Name: Lockport Pharmacy, Inc. Dba Corwinpharmacy | Bank Name: The Bank of New York Mellon | |
| | Account Number/CD#: XXXXXX4901 | |
| | Checking | |
| Taxpayer ID No: XX-XXX0523 | Blanket Bond (per case limit): $5,000,000.00 | |
| For Period Ending: 07/18/2017 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/07/14 | 8 | Express Scripts<br>One Express Way<br>St. Louis, MO  63121 | Accounts Receivable | 1121-000 | $283.01 | | $3,373.28 |
| 11/07/14 | 8 | Express Scripts<br>One Express Way<br>St. Louis, MO 63121 | Accounts Receivable | 1121-000 | $239.04 | | $3,612.32 |
| 11/07/14 | 7 | The Private Bank<br>FBO Jane Auer PLD OBRA<br>120 S. LaSalle St., 7th Floor<br>Chicago, IL 60603 | Accounts Receivable | 1121-000 | $26.93 | | $3,639.25 |
| 11/07/14 | 7 | Nancy K. De Paolo<br>125 Circle Ridge Dr.<br>Burr Ridge, IL 60527-8380 | Accounts Receivable | 1121-000 | $40.00 | | $3,679.25 |
| 11/17/14 | 8 | Carole M. Naughton<br>1324 S. Elizabeth St.<br>Lombard, IL 60148-4418 | Accounts Receivable | 1121-000 | $46.82 | | $3,726.07 |
| 11/17/14 | 8 | US Script, Inc.<br>2425 W. Shaw Avenue<br>Fresno, CA  93711-3302 | Accounts Receivable | 1121-000 | $60.18 | | $3,786.25 |
| 11/17/14 | 8 | Express Scripts<br>One Express Way<br>St. Louis, MO  63121 | Accounts Receivable | 1121-000 | $1.75 | | $3,788.00 |
| 11/17/14 | 8 | Express Scripts<br>One Express Way<br>St. Louis, MO  63121 | Accounts Receivable | 1121-000 | $624.44 | | $4,412.44 |
| 11/17/14 | 8 | Express Scripts<br>One Express Way<br>St. Louis, MO  63121 | Accounts Receivable | 1121-000 | $180.39 | | $4,592.83 |
| 11/19/14 | 8 | CORWIN PHARMACY<br>954 E. 9TH STREET<br>LOCKPORT, IL  60441 | Accounts Receivable | 1121-000 | $44.54 | | $4,637.37 |
| 11/19/14 | 8 | CORWIN PHARMACY<br>954 E. 9TH STREET<br>LOCKPORT, IL  60441 | Accounts Receivable | 1121-000 | $124.14 | | $4,761.51 |
| 11/19/14 | 8 | CORWIN PHARMACY<br>954 E. 9TH STREET<br>LOCKPORT, IL  60441 | Accounts Receivable | 1121-000 | $25.44 | | $4,786.95 |

UST Form 101-7-TFR (5/1/2011) *(Page: 9)*                Page Subtotals:                $1,696.68        $0.00

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

Case No: 14-39396
Case Name: Lockport Pharmacy, Inc. Dba Corwinpharmacy

Taxpayer ID No: XX-XXX0523
For Period Ending: 07/18/2017

Trustee Name: Zane L. Zielinski, Trustee
Bank Name: The Bank of New York Mellon
Account Number/CD#: XXXXXX4901
Checking
Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/20/14 | 1 | Standard Bank 7800 West 95th Street Hickory Hills, IL  60457 | Bank Account | 1129-000 | $4,661.79 | | $9,448.74 |
| 11/21/14 | 8 | Express Scripts One Express Way St. Louis, MO  63121 | Accounts Receivable | 1121-000 | $18.83 | | $9,467.57 |
| 11/21/14 | 8 | Express Scripts One Express Way St. Louis, MO  63121 | Accounts Receivable | 1121-000 | $21.28 | | $9,488.85 |
| 11/21/14 | 8 | Express Scripts One Express Way St. Louis, MO  63121 | Accounts Receivable | 1121-000 | $52.74 | | $9,541.59 |
| 11/25/14 | 8 | RxOptions LLC 8957 Canyon Falls Blvd Twinsburg, OH | Accounts Receivable | 1121-000 | $0.10 | | $9,541.69 |
| 11/25/14 | 8 | CIGNA HEALTH AND LIFE INS. STATE OF ILLINOIS | Accounts Receivable | 1121-000 | $10.23 | | $9,551.92 |
| 11/25/14 | 8 | CIGNA HEALTH AND LIFE INS. STATE OF ILLINOIS | Accounts Receivable | 1121-000 | $122.50 | | $9,674.42 |
| 12/02/14 | 8 | Express Scripts One Express Way St. Louis, MO  63121 | Accounts Receivable | 1121-000 | $11.02 | | $9,685.44 |
| 12/02/14 | 7 | Dorothy Collins c/o J.P.Morgan P.O. Box 4521 Newark, DE  19714-4521 | Accounts Receivable | 1121-000 | $137.75 | | $9,823.19 |
| 12/02/14 | 8 | Glacier Water Services, Inc. 1385 Park Center Dr. Vista, CA  92081-8338 | Accounts Receivable | 1121-000 | $25.63 | | $9,848.82 |
| 12/05/14 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $10.00 | $9,838.82 |
| 12/09/14 | 8 | CoreSource P.O. Box 2920 Clinton, IA  52733-2920 | Accounts Receivable | 1121-000 | $93.54 | | $9,932.36 |
| 12/12/14 | 8 | Catamaran P.O. Box 545 Deerfield, IL  60015 | Accounts Receivable | 1121-000 | $84.86 | | $10,017.22 |

UST Form 101-7-TFR (5/1/2011) (Page: 10)                    Page Subtotals:                                    $5,240.27        $10.00

# FORM 2

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| | |
|---|---|
| Case No: 14-39396 | Trustee Name: Zane L. Zielinski, Trustee |
| Case Name: Lockport Pharmacy, Inc. Dba Corwinpharmacy | Bank Name: The Bank of New York Mellon |
| | Account Number/CD#: XXXXXX4901 |
| | Checking |
| Taxpayer ID No: XX-XXX0523 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 07/18/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/16/14 | | Independent Pharmacy Corporation 1550 Columbus Street Sun Prairie, WI 53590 | Accounts Receivable | 1121-000 | $0.00 | | $10,017.22 |
| 12/16/14 | | Independent Pharmacy Corporation 1550 Columbus Street Sun Prairie, WI 53590 | Accounts Receivable Reversal | 1121-000 | $0.00 | | $10,017.22 |
| 12/16/14 | 8 | Independent Pharmacy Cooperative 1550 Columbus Street Sun Prairie, WI 53590 | Accounts Receivable | 1121-000 | $174.52 | | $10,191.74 |
| 01/08/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $14.88 | $10,176.86 |
| 01/30/15 | 8 | Express Scripts One Express Way Saint Louis, MO 63121 | Accounts Receivable Insurance payment | 1121-000 | $56.21 | | $10,233.07 |
| 02/02/15 | 9 | Halsted & 79th Street Pharmacy 151 Broadway Avenue Melrose Park, Illinois 60160 | down payment | 1129-000 | $5,000.00 | | $15,233.07 |
| 02/06/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $15.13 | $15,217.94 |
| 02/11/15 | 101 | William Rudd and Co., Inc. William Rudd and Co, Inc 18316 Distinctive drive Orland Park, IL 60467 | w2 Forms to be processed | 2420-000 | | $530.89 | $14,687.05 |
| 02/16/15 | 102 | Arthur B. Levine Company Maria Sponza Adams-Levine 60 East 42nd Street, Room 965 New York, New York 10165 | Yearly Bond Payment | 2300-000 | | $5.55 | $14,681.50 |
| 03/06/15 | 7 | Surescripts Surescripts Rebate Processing Center 3375-1 Capital Circle N.E. Tallahassee, Florida 32308 | accounts receivable | 1121-000 | $113.01 | | $14,794.51 |

UST Form 101-7-TFR (5/1/2011) *(Page: 11)*          Page Subtotals:          $5,343.74          $566.45

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

Case No: 14-39396

Case Name: Lockport Pharmacy, Inc. Dba Corwinpharmacy

Taxpayer ID No: XX-XXX0523

For Period Ending: 07/18/2017

Trustee Name: Zane L. Zielinski, Trustee

Bank Name: The Bank of New York Mellon

Account Number/CD#: XXXXXX4901

Checking

Blanket Bond (per case limit): $5,000,000.00

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/06/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | | 2600-000 | | $19.19 | $14,775.32 |
| 04/07/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | | 2600-000 | | $21.92 | $14,753.40 |
| 05/07/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | | 2600-000 | | $21.23 | $14,732.17 |
| 06/05/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | | 2600-000 | | $21.90 | $14,710.27 |
| 06/09/15 | | Broadway Avenue Pharmacy 151 Broadway Avenue (19th Ave) Melrose Park, IL 60160 | Sale Proceeds | | | $45,000.00 | | $59,710.27 |
| | | | Gross Receipts | $45,000.00 | | | | |
| | 9 | | Prescriptions Files | $30,000.00 | 1129-000 | | | |
| | 10 | | Office equipment, Furnishings, and Supplies | $10,000.00 | 1129-000 | | | |
| | 11 | | Cosmetics, Toys, Housewares, Party Supplies, Greeting Cards, | $5,000.00 | 1129-000 | | | |
| 07/01/15 | 103 | Cardinal Health 7000 Cardinal Place Dublin, OH 43017 | Payment of Secured Claim Payment pursuant to order docketed at 43; resolving secured claim in the Debtor's assets. | | 4210-000 | | $24,000.00 | $35,710.27 |
| 07/07/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | | 2600-000 | | $62.16 | $35,648.11 |
| 07/14/15 | | Transfer to Acct # xxxxxx4255 | Transfer of Funds | | 9999-000 | | $35,648.11 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $60,370.96 | $60,370.96 |
| Less: Bank Transfers/CD's | $0.00 | $35,648.11 |

UST Form 101-7-TFR (5/1/2011) *(Page: 12)*

Page Subtotals: $45,000.00   $59,794.51

| | | |
|---|---|---|
| Subtotal | $60,370.96 | $24,722.85 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $60,370.96 | $24,722.85 |

Exhibit B

| Page Subtotals: | $0.00 | $0.00 |
|---|---|---|

Exhibit B

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX4255 - Checking | $0.00 | $19,502.83 | $16,145.28 |
| XXXXXX4901 - Checking | $60,370.96 | $24,722.85 | $0.00 |
| | $60,370.96 | $44,225.68 | $16,145.28 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $60,370.96 |
| Total Gross Receipts: | $60,370.96 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 14-39396

Date: July 19, 2017

Debtor Name: Lockport Pharmacy, Inc. Dba Corwinpharmacy

Claims Bar Date: 5/4/2015

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2100 | Zane L. Zielinski, Trustee 6336 N. Cicero Avenue Suite 201 Chicago, Illinois 60646 | Administrative | | $0.00 | $3,842.22 | $3,842.22 |
| 100 2200 | Zane L. Zielinski, Trustee 6336 N. Cicero Avenue Suite 201 Chicago, Illinois 60646 | Administrative | | $0.00 | $39.25 | $39.25 |
| 100 2410 | Lockport Plaza Association Llc Law Office Dennis B Porick 63 W Jefferson St Ste 100 Joliet, Il 60432 | Administrative | This administrative claim was allowed pursuant to court order entered on August 28, 2015. | $0.00 | $3,000.00 | $3,000.00 |
| 100 2420 | William Rudd and Co, Inc. | Administrative | This was a fee to obtain the w2 documents from the Debtor's former account, a the recommendation of the Trustee's account the Trustee obtained and sent to the Internal Revenue Service the w2 forms. | $0.00 | $530.89 | $530.89 |
| 100 3110 | Chuhak & Tecson 30 South Wacker Drive Suite 2600 Chicago, Illinois 60606 | Administrative | | $0.00 | $13,550.00 | $13,550.00 |
| 100 3120 | Chuhak & Tecson 30 South Wacker Drive Suite 2600 Chicago, Illinois 60606 | Administrative | | $0.00 | $500.80 | $500.80 |
| 100 3410 | Alan D. Lasko & Associates P.C. | Administrative | | $0.00 | $0.00 | $14,315.20 |
| 100 3420 | Alan D. Lasko & Associates P.C. | Administrative | | $0.00 | $0.00 | $88.94 |
| 100 3731 | SAK Management Consultant, LLC | Administrative | | $0.00 | $55.74 | $55.74 |

Printed: July 19, 2017

**UST Form 101-7-TFR (5/1/2011)** *(Page: 15)*

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 14-39396                                                                          Date: July 19, 2017
Debtor Name: Lockport Pharmacy, Inc. Dba Corwinpharmacy
Claims Bar Date: 5/4/2015

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100<br>3731 | SAK Management Consultants, LLC<br>One Northfield Plaza, Suite 210<br>Northfield, IL 60093 | Administrative | | $0.00 | $17,000.00 | $17,000.00 |
| 1<br>280<br>5800 | Illinois Department Of Employment Security<br>PO Box 19300<br>Springfield, IL 62794-9300 | Priority | | $0.00 | $12,018.37 | $12,018.37 |
| 5<br>280<br>5800 | Internal Revenue Service<br>P O Box 7346<br>Philadelphia, Pa 19101 | Priority | The creditor amended their claim on July 18, 2017 | $0.00 | $357,842.05 | $357,842.05 |
| 9<br>280<br>5800 | Illinois Department Of Revenue<br>Bankruptcy Section<br>Po Box 64338<br>Chicago Il 60664-0338 | Priority | | $0.00 | $51,704.24 | $51,704.24 |
| 18 C<br>280<br>5800 | Illinois Department Of Revenue<br>Bankruptcy Section<br>P Op Box 64338<br>Chicago, Il 60664-0338 | Priority | This claim was filed in the Frankfort Pharmacy, Inc. case No 14-29404 on April 3, 2015, and docketed as claim No. 1.  Frankfort Pharmacy, Inc was consolidated with the Lockport Pharmacy, Inc. case and has been included on the Lockport claims docket. | $0.00 | $1,828.54 | $1,828.54 |
| 1a<br>300<br>7100 | Illinois Department Of Employment Security<br>PO Box 19300<br>Springfield, IL 62794-9300 | Unsecured | This is the unsecured portion of the creditor's claim. | $0.00 | $20.00 | $20.00 |
| 2<br>300<br>7100 | Dex<br>8501 West 137Th St.<br>Overland Park, Ks 66223 | Unsecured | | $0.00 | $43,866.35 | $43,866.35 |
| 3<br>300<br>7100 | Advantage Leasing Corporation<br>13400 Bishop"s Ln<br>Ste 280<br>Brookfield, Wi 53005 | Unsecured | This claim was reclassified as a general unsecured claim by court order entered on June 23, 2017. | $0.00 | $14,974.77 | $14,974.77 |
| 4<br>300<br>7100 | Masters Pharmaceutical Inc A Corporation D/B/A River City Pharma<br>Teller Levit & Silvertrust Pc<br>19 South Lasalle Street Suite 701<br>Chicago, Il 60603 | Unsecured | | $0.00 | $6,830.23 | $6,830.23 |

UST Form 101-7-TFR (5/1/2011) *(Page: 16)*

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 14-39396                                                                                    Date: July 19, 2017

Debtor Name: Lockport Pharmacy, Inc. Dba Corwinpharmacy

Claims Bar Date: 5/4/2015

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|--------|---------------------------|-------------|-------|-----------|---------|---------|
| 5a<br>300<br>7100 | Internal Revenue Service<br>P O Box 7346<br>Philadelphia, Pa 19101 | Unsecured | this is the general unsecured portion of the creditor's claim. | $0.00 | $110,972.59 | $110,972.59 |
| 6<br>300<br>7100 | Ims<br>6201 W. Howard, Ste. 100<br>Niles, Il 60714 | Unsecured | | $0.00 | $19,654.81 | $19,654.81 |
| 7<br>300<br>7100 | Lockport Plaza Association Llc<br>Law Office Dennis B Porick<br>63 W Jefferson St Ste 100<br>Joliet, Il 60432 | Unsecured | | $0.00 | $195,685.04 | $195,685.04 |
| 8<br>300<br>7100 | S Abraham & Sons Inc<br>P O Box 1768<br>Grand Rapids, Mi 49501 | Unsecured | | $0.00 | $2,649.96 | $2,649.96 |
| 9a<br>300<br>7100 | Illinois Department Of Revenue<br>Bankruptcy Section<br>Po Box 64338<br>Chicago Il 60664-0338 | Unsecured | This is the unsecured portion of the Illinois Department of Revenue's claim. | $0.00 | $6,794.95 | $6,794.95 |
| 10<br>300<br>7100 | Western Will County<br>Communications Center<br>Cross Points Sales Inc<br>3158 S State St<br>Lockport, Il 60441 | Unsecured | | $0.00 | $2,666.00 | $2,666.00 |
| 11<br>300<br>7100 | The Harvard Drug Group Llc<br>Attn Adam Fredrick (Credit Sales)<br>17187 North Laurel Park Dr<br>Suite 300<br>Livonia, Mi 48152 | Unsecured | | $0.00 | $5,428.56 | $5,428.56 |
| 12<br>300<br>7100 | Standard Bank And Trust Co.<br>Patricia B Fugee Esq<br>Roetzel & Andress<br>One Seagate Suite 1700<br>Toledo, Oh 43604 | Unsecured | | $0.00 | $746,435.14 | $746,435.14 |
| 13<br>300<br>7100 | Donald R Bauer<br>Donald Bauer<br>548 E 10Th St<br>Lockport, Il 60441 | Unsecured | | $0.00 | $24,190.30 | $24,190.30 |

UST Form 101-7-TFR (5/1/2011) *(Page: 17)*

Exhibit C

ANALYSIS OF CLAIMS REGISTER

Case Number: 14-39396

Date: July 19, 2017

Debtor Name: Lockport Pharmacy, Inc. Dba Corwinpharmacy

Claims Bar Date: 5/4/2015

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 14<br>300<br>7100 | Rgh Enterprises, Inc. Dba<br>Independence Medical<br>C/O Debra Willet<br>7000 Cardinal Place<br>Dublin, Oh 43017 | Unsecured | | $0.00 | $1,822.94 | $1,822.94 |
| 15<br>300<br>7100 | Fsb American Express Bank<br>American Express Bank, Fsb<br>C/O Becket And Lee Llp<br>Pob 3001<br>Malvern, Pa 19355-0701 | Unsecured | | $0.00 | $2,456.64 | $2,456.64 |
| 16<br>300<br>7100 | Illinois Bell Telephone Company<br>% At&T Services, Inc.<br>Karen Cavagnaro Lead Paralegal<br>One At&T Way, Room 3A104<br>Bedminster, Nj 07921 | Unsecured | | $0.00 | $593.91 | $593.91 |
| 17<br>300<br>7100 | Cardinal Health 411, Inc. And<br>Cardinal Health 110, Llc<br>C/O Debra Willet, Esq.<br>7000 Cardinal Place<br>Dublin, Oh 43017 | Unsecured | Claim was amended to general unsecured claim. | $0.00 | $1,027,351.39 | $1,027,351.39 |
| 18 C2<br>300<br>7100 | Illinois Department Of Revenue<br>Bankruptcy Section<br>P Op Box 64338<br>Chicago, Il 60664-0338 | Unsecured | This claim was filed in the Frankfort Pharmacy, Inc. case No 14-29404 on April 3, 2015, and docketed as claim No. 1. Frankfort Pharmacy, Inc was consolidated with the Lockport Pharmacy, Inc. case and has been included on the Lockport claims docket. this is the general unsecured non priority portion of the claim. | $0.00 | $291.66 | $291.66 |
| 19c<br>300<br>7100 | Cardinal Health 411, Inc. And<br>Cardinal Health 110, Llc<br>C/O Debra Willet, Esq.<br>7000 Cardinal Place<br>Dublin, Oh 43017 | Unsecured | This claim was filed in the Frankfort Pharmacy, Inc. case No 14-29404 on Mary 1, 2015 and docketed as claim No. 2. Frankfort Pharmacy, Inc was consolidated with the Lockport Pharmacy, Inc. case and has been included on the Lockport claims docket. The claim was amended as a general unsecured claim on June 2, 2017. | $0.00 | $28,081.26 | $28,081.26 |
| 20c<br>300<br>7100 | The Harvard Drug Group Llc<br>Attn Adam Fredrick (Credit Sales)<br>17187 North Laurel Park Dr<br>Suite 300<br>Livonia, Mi 48152 | Unsecured | This claim was filed in the Frankfort Pharmacy, Inc. case No 14-29404 on April 30, 2015, and docketed as claim No. 3. Frankfort Pharmacy, Inc was consolidated with the Lockport Pharmacy, Inc. case and has been included on the Lockport claims docket. | $0.00 | $697.08 | $697.08 |
| 400<br>4210 | Cardinal Health 411, Inc. And<br>Cardinal Health 110, Llc<br>C/O Debra Willet, Esq.<br>7000 Cardinal Place<br>Dublin, Oh 43017 | Secured | | $0.00 | $24,000.00 | $24,000.00 |

UST Form 101-7-TFR (5/1/2011) (Page: 18)

Exhibit C

ANALYSIS OF CLAIMS REGISTER

Case Number: 14-39396                                                                                  Date: July 19, 2017

Debtor Name: Lockport Pharmacy, Inc. Dba Corwinpharmacy

Claims Bar Date: 5/4/2015

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|--------|---------------------------|-------------|-------|-----------|---------|---------|
|        | Case Totals               |             |       | $0.00     | $2,727,375.68 | $2,741,779.82 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

Printed: July 19, 2017

UST Form 101-7-TFR (5/1/2011) *(Page: 19)*

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 14-39396
Case Name: Lockport Pharmacy, Inc. Dba Corwinpharmacy
Trustee Name: Zane L. Zielinski, Trustee

Balance on hand                                              $         16,145.28

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
|  | Cardinal Health 411, Inc. And | $    24,000.00 | $    24,000.00 | $    24,000.00 | $    0.00 |

Total to be paid to secured creditors                        $         0.00

Remaining Balance                                            $         16,145.28

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Zane L. Zielinski, Trustee | $    6,268.55 | $    0.00 | $    3,842.22 |
| Trustee Expenses: Zane L. Zielinski, Trustee | $    39.25 | $    0.00 | $    24.06 |
| Attorney for Trustee Fees: Chuhak & Tecson | $    13,550.00 | $    6,775.00 | $    1,530.28 |
| Attorney for Trustee Expenses: Chuhak & Tecson | $    500.80 | $    500.80 | $    0.00 |
| Accountant for Trustee Fees: Alan D. Lasko & Associates P.C. | $    14,315.20 | $    0.00 | $    8,774.30 |
| Accountant for Trustee Expenses: Alan D. Lasko & Associates P.C. | $    88.94 | $    0.00 | $    54.51 |
| Other:  SAK Management Consultants, LLC | $    17,000.00 | $    8,500.00 | $    1,919.91 |
| Other: Lockport Plaza Association Llc | $    3,000.00 | $    3,000.00 | $    0.00 |
| Other: SAK Management Consultant, LLC | $    55.74 | $    55.74 | $    0.00 |

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Other: William Rudd and Co, Inc. | $                530.89 | $                530.89 | $                   0.00 |

Total to be paid for chapter 7 administrative expenses        $                16,145.28

Remaining Balance        $                   0.00

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 423,393.20  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Illinois Department Of Employment Security | $           12,018.37 | $                   0.00 | $                   0.00 |
| 5 | Internal Revenue Service | $          357,842.05 | $                   0.00 | $                   0.00 |
| 9 | Illinois Department Of Revenue | $           51,704.24 | $                   0.00 | $                   0.00 |
| 18 C | Illinois Department Of Revenue | $            1,828.54 | $                   0.00 | $                   0.00 |

Total to be paid to priority creditors        $                   0.00

Remaining Balance        $                   0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 2,241,463.58  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  0.0  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 1a | Illinois Department Of Employment Security | $ 20.00 | $ 0.00 | $ 0.00 |
| 2 | Dex | $ 43,866.35 | $ 0.00 | $ 0.00 |
| 3 | Advantage Leasing Corporation | $ 14,974.77 | $ 0.00 | $ 0.00 |
| 4 | Masters Pharmaceutical Inc A | $ 6,830.23 | $ 0.00 | $ 0.00 |
| 5a | Internal Revenue Service | $ 110,972.59 | $ 0.00 | $ 0.00 |
| 6 | Ims | $ 19,654.81 | $ 0.00 | $ 0.00 |
| 7 | Lockport Plaza Association Llc | $ 195,685.04 | $ 0.00 | $ 0.00 |
| 8 | S Abraham & Sons Inc | $ 2,649.96 | $ 0.00 | $ 0.00 |
| 9a | Illinois Department Of Revenue | $ 6,794.95 | $ 0.00 | $ 0.00 |
| 10 | Western Will County Communications Center | $ 2,666.00 | $ 0.00 | $ 0.00 |
| 11 | The Harvard Drug Group Llc | $ 5,428.56 | $ 0.00 | $ 0.00 |
| 12 | Standard Bank And Trust Co. | $ 746,435.14 | $ 0.00 | $ 0.00 |
| 13 | Donald R Bauer | $ 24,190.30 | $ 0.00 | $ 0.00 |
| 14 | Rgh Enterprises, Inc. Dba Independence Medical | $ 1,822.94 | $ 0.00 | $ 0.00 |
| 15 | Fsb American Express Bank | $ 2,456.64 | $ 0.00 | $ 0.00 |
| 16 | Illinois Bell Telephone Company | $ 593.91 | $ 0.00 | $ 0.00 |
| 17 | Cardinal Health 411, Inc. And | $ 1,027,351.39 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 18 C2 | Illinois Department Of Revenue | $ 291.66 | $ 0.00 | $ 0.00 |
| 19c | Cardinal Health 411, Inc. And | $ 28,081.26 | $ 0.00 | $ 0.00 |
| 20c | The Harvard Drug Group Llc | $ 697.08 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors        $_____ 0.00

Remaining Balance        $_____ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  0.0  percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE