# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re: | Chapter 7 |
| **LOCKPORT PHARMACY, INC.** d/b/a Corwin Pharmacy and **FRANKFORT PHARMACY, INC.,** | Bankruptcy No. 14-39396 (Substantively Consolidated) |
| Debtors. | Honorable Pamela S. Hollis |

## TRUSTEE'S AMENDED CERTIFICATE OF SERVICE FOR NOTICE OF TRUSTEE'S FINAL REPORT[1]

I, Zane L. Zielinski, caused a copy of the foregoing *Notice of Trustee's Final Report and Applications for Compensation (Docket #66)* to be served electronically through the Court's Electronic Notice for Registrants on all persons identified as Registrants on the Service List below and by U.S. mail on the creditors at the address shown below on August 28, 2017.

Dated: September 21, 2017

**Zane L. Zielinski,** not individually but as the chapter 7 trustee of the bankruptcy estate of **LOCKPORT PHARMACY, INC. d/b/a Corwin Pharmacy and FRANKFORT PHARMACY, INC**

By: /s/ Zane L. Zielinski
Bankruptcy Trustee

Zane L. Zielinski (6278776)
**THE LAW OFFICE OF
    ZANE L. ZIELINSKI, P.C.**
6336 North Cicero Avenue, Suite 201
Chicago, Illinois 60646
d.  773-877-3191
f.  815-846-8516
e.  trustee@zanezielinski.com

---

[1] This amended certificate of service is filed to correction the Electronic Mail Notice list which was incorrect on Docket Entry 68.

## ECF SERVICE LIST

**Registrants**
(Service via ECF)

- **Patricia B Fugee**   patricia.fugee@fisherbroyles.com, ecf@cftechsolutions.com
- **Patrick S Layng**   USTPRegion11.ES.ECF@usdoj.gov
- **Miriam R. Stein**   mstein@chuhak.com, dgeorge@chuhak.com;vjefferson@chuhak.com
- **David K Welch**   dwelch@craneheyman.com, gbalderas@craneheyman.com;jdan@craneheyman.com
- **Stephen G Wolfe**   steve.g.wolfe@usdoj.gov, jennifer.r.toth@usdoj.gov

## MANUAL SERVICE LIST

SAK Management Consultants, LLC
One Northfield Plaza, Suite 210
Northfield, IL 60093


Illinois Department Of Employment Security
PO Box 19300
Springfield, IL 62794-9300

Internal Revenue Service
P O Box 7346
Philadelphia, Pa 19101

Illinois Department Of Revenue
Bankruptcy Section
Po Box 64338
Chicago Il 60664-0338

Illinois Department Of Employment Security
PO Box 19300
Springfield, IL 62794-9300

Dex
8501 West 137Th St.
Overland Park, Ks 66223

Advantage Leasing Corporation
13400 Bishop"s Ln
Ste 280
Brookfield, Wi 53005

Masters Pharmaceutical Inc A
Corporation D/B/A River City Pharma
Teller Levit & Silvertrust Pc
19 South Lasalle Street Suite 701
Chicago, Il 60603


Ims
6201 W. Howard, Ste. 100
Niles, Il 60714


Lockport Plaza Association Llc
Law Office Dennis B Porick
63 W Jefferson St Ste 100
Joliet, Il 60432


S Abraham & Sons Inc
P O Box 1768
Grand Rapids, Mi 49501


Illinois Department Of Revenue
Bankruptcy Section
Po Box 64338
Chicago Il 60664-0338


Western Will County Communications Center
Cross Points Sales Inc
3158 S State St
Lockport, Il 60441


The Harvard Drug Group Llc
Attn Adam Fredrick (Credit Sales)
17187 North Laurel Park Dr
Suite 300
Livonia, Mi 48152


Standard Bank And Trust Co.
Patricia B Fugee Esq
Roetzel & Andress
One Seagate Suite 1700
Toledo, Oh 43604


Donald R Bauer
Donald Bauer
548 E 10Th St
Lockport, Il 60441

Rgh Enterprises, Inc. Dba Independence Medical
C/O Debra Willet
7000 Cardinal Place
Dublin, Oh 43017

Fsb American Express Bank
American Express Bank, Fsb
C/O Becket And Lee Llp
Pob 3001
Malvern, Pa 19355-0701

Illinois Bell Telephone Company
% At&T Services, Inc.
Karen Cavagnaro Lead Paralegal
One At&T Way, Room 3A104
Bedminster, Nj 07921

Cardinal Health 411, Inc. And
Cardinal Health 110, Llc
C/O Debra Willet, Esq.
7000 Cardinal Place
Dublin, Oh 43017

## **VIA ELECTRONIC NOTICE[2]**
**David K Welch**
Crane Heyman Simon Welch & Clar
135 S Lasalle St
Suite 3705
Chicago, IL 6060
*Debtor's Counsel*

---

[2] As the Debtors are closed corporation, all mail sent to the corporation is forwarded directly to the Trustee. Therefore, no direct notice was sent to the Debtors.