# UNITED STATES BANKRUPTCY COURT
## NORTHERN **DISTRICT OF** ILLINOIS
### EASTERN **DIVISION**

|  |  |  |
|---|---|---|
| In re: | § | |
|  | § | |
| Lockport Pharmacy, Inc. Dba | § | Case No. 14-39396 |
| Corwinpharmacy | § | |
|  | § | |
| Debtor | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Zane L. Zielinski, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: 12,416.67          Assets Exempt: 0.00
*(Without deducting any secured claims)*

Total Distributions to Claimants:  24,000.00          Claims Discharged
                                                     Without Payment:  5,308,747.99

Total Expenses of Administration:  36,370.96

3) Total gross receipts of $ 60,370.96  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 60,370.96  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 1,579,644.01 | $ 24,000.00 | $ 24,000.00 | $ 24,000.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 39,382.15 | 53,786.29 | 36,370.96 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 365,174.82 | 423,393.20 | 423,393.20 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 699,072.38 | 2,241,463.58 | 2,241,463.58 | 0.00 |
| **TOTAL DISBURSEMENTS** | $ 2,643,891.21 | $ 2,728,238.93 | $ 2,742,643.07 | $ 60,370.96 |

4)  This case was originally filed under chapter 7 on  10/30/2014 .  The case was pending for 37 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  11/06/2017                    By:/s/Zane L. Zielinski, Trustee
                                                     Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Accounts Receivable | 1121-000 | 5,256.92 |
| Consumer Accounts Receivable - Approximately | 1121-000 | 452.25 |
| Cosmetics, Toys, Housewares, Party Supplies, Greeting Cards, | 1129-000 | 5,000.00 |
| Office equipment, Furnishings, and Supplies | 1129-000 | 10,000.00 |
| Prescriptions Files | 1129-000 | 35,000.00 |
| Standard Bank & Trust Co., 7800 W. 95Th St., Hickory Hills, | 1129-000 | 4,661.79 |
| **TOTAL GROSS RECEIPTS** | | **$60,370.96** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Advantage Leasing 13400 Bishops Lane, Ste. 280 Brookfield, WI 53005 | | 21,220.78 | NA | NA | 0.00 |
| | Cardinal Health 1950 Bentley Ct. Glendale Heights, IL 60139 | | 108,327.02 | NA | NA | 0.00 |
| | Standard Bank and Trust Company 7800 W. 95th St. Hickory Hills, IL 60457 | | 685,000.00 | NA | NA | 0.00 |
| | SunTrust Bank, Program Lending 3333 Peachtree Road, N.E. 3rd Fl., South Tower Atlanta, GA 30326 | | 765,096.21 | NA | NA | 0.00 |
| | Cardinal Health 411, Inc. And | 4210-000 | NA | 24,000.00 | 24,000.00 | 24,000.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 1,579,644.01** | **$ 24,000.00** | **$ 24,000.00** | **$ 24,000.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Zane L. Zielinski, Trustee | 2100-000 | NA | 3,842.22 | 3,842.22 | 3,842.22 |
| Zane L. Zielinski, Trustee | 2200-000 | NA | 39.25 | 39.25 | 24.06 |
| Arthur B. Levine Company | 2300-000 | NA | 21.43 | 21.43 | 21.43 |
| International Sureties, LTD. | 2300-000 | NA | 7.38 | 7.38 | 7.38 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Lockport Plaza Association Llc | 2410-000 | NA | 3,000.00 | 3,000.00 | 3,000.00 |
| William Rudd and Co, Inc. | 2420-000 | NA | 530.89 | 530.89 | 530.89 |
| Associated Bank | 2600-000 | NA | 648.03 | 648.03 | 648.03 |
| The Bank of New York Mellon | 2600-000 | NA | 186.41 | 186.41 | 186.41 |
| Chuhak & Tecson | 3110-000 | NA | 13,550.00 | 13,550.00 | 8,305.28 |
| Chuhak & Tecson | 3120-000 | NA | 500.80 | 500.80 | 500.80 |
| Alan D. Lasko & Associates P.C. | 3410-000 | NA | 0.00 | 14,315.20 | 8,774.30 |
| Alan D. Lasko & Associates P.C. | 3420-000 | NA | 0.00 | 88.94 | 54.51 |
| SAK Management Consultants, LLC | 3731-000 | NA | 17,000.00 | 17,000.00 | 10,419.91 |
| SAK Management Consultant, LLC | 3731-000 | NA | 55.74 | 55.74 | 55.74 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | $ NA | $ 39,382.15 | $ 53,786.29 | $ 36,370.96 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Illinois Department of Employment Security 33 S. State, 10th Fl. Chicago, IL 60603-2802 | | 6,570.50 | NA | NA | 0.00 |
| | Illinois Department of Revenue PO Box 19006 Springfield, IL 62794-9006 | | 57,028.25 | NA | NA | 0.00 |
| | Internal Revenue Service Cincinnati, OH 45999-0025 | | 216.88 | NA | NA | 0.00 |
| | Internal Revenue Service Cincinnati, OH 45999-0025 | | 1,359.19 | NA | NA | 0.00 |
| | Internal Revenue Service Cincinnati, OH 45999-0025 | | 300,000.00 | NA | NA | 0.00 |
| 1 | Illinois Department Of Employment Security | 5800-000 | NA | 12,018.37 | 12,018.37 | 0.00 |
| 18 C | Illinois Department Of Revenue | 5800-000 | NA | 1,828.54 | 1,828.54 | 0.00 |
| 9 | Illinois Department Of Revenue | 5800-000 | NA | 51,704.24 | 51,704.24 | 0.00 |
| 5 | Internal Revenue Service | 5800-000 | NA | 357,842.05 | 357,842.05 | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | **$ 365,174.82** | **$ 423,393.20** | **$ 423,393.20** | **$ 0.00** |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 21st Century Formulations 9663 Santa Monica Blvd., Ste. 860 Beverly Hills, CA 90210 | | 104.84 | NA | NA | 0.00 |
| | 22nd Century Media LLC 11516 West 183rd St. Office Condo #3 Unit SW Orland Park, IL 60467 | | 2,879.27 | NA | NA | 0.00 |
| | Accounting Pros PO Box 188 Highland Park, IL 60035 | | 5,470.00 | NA | NA | 0.00 |
| | American Credit Systems 400 W. Lake St. PO Box 72849 Roselle, IL 60172 | | 138,985.04 | NA | NA | 0.00 |
| | American Express United Recovery Systems PO Box 722929 Houston, TX 77272 | | 2,248.83 | NA | NA | 0.00 |
| | Anda 3000 Alt. Blvd. Grand Island, NY 14072 | | 26,422.14 | NA | NA | 0.00 |
| | AT&T P.O. Box 5080 Carol Stream, IL 60197 | | 1,440.56 | NA | NA | 0.00 |
| | Avsec Printing 825 Plainfield Rd. Joliet, IL 60435 | | 409.85 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bell Lifestyle Products 07090 68th St. South Haven, MI 49090 | | 435.81 | NA | NA | 0.00 |
| | Blue Cross Blue Shield 25550 Network Place Chicago, IL 60673 | | 11,684.16 | NA | NA | 0.00 |
| | BR Data 715 Pinelawn Rd., Ste. 305 Melville, NY 11747 | | 730.50 | NA | NA | 0.00 |
| | Broida and Nichele Ltd. Attorneys at Law Suite 108 Naperville, IL 60563 | | 1,288.00 | NA | NA | 0.00 |
| | Carl Buck Rathbun Cservenyak & Kozol 3260 Executive Dr. Joliet, IL 60431 | | 0.00 | NA | NA | 0.00 |
| | Citi Business Card 1500 Boltonfield St. Columbus, OH 43228 | | 1,560.97 | NA | NA | 0.00 |
| | Cloverleaf Farms 13835 South Kostner Bridgeview, IL 60455 | | 511.00 | NA | NA | 0.00 |
| | CNA Surety Direct Bill PO Box 957312 Saint Louis, MO 63195-7312 | | 250.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | ComEd Payment Processing P.O. Box 55126 | | 1,283.19 | NA | NA | 0.00 |
| | Constellation An Excelon Company 14217 Collections Center Dr. Chicago, IL 60693 | | 4,399.88 | NA | NA | 0.00 |
| | Cross Point Sales 3158 S. State St. Lockport, IL 60441 | | 2,126.00 | NA | NA | 0.00 |
| | Daniel Spilotro Spilotro Law Group, LLC 2551 N. Clark St., STe. 405 Chicago, IL 60614 | | 0.00 | NA | NA | 0.00 |
| | David Clark Law Office of David W. Clark 207 N. Washington St. Wheaton, IL 60187 | | 0.00 | NA | NA | 0.00 |
| | Dearborn Wholesale Grocers 4525 W. Madison St. Chicago, IL 60624 | | 24,139.13 | NA | NA | 0.00 |
| | Dennis Porick Dennis B. Porick Ltd. 63 W. Jefferson St., Ste. 100 Joliet, IL 60432 | | 0.00 | NA | NA | 0.00 |
| | Des Plaines Office Equipment 1020 Bonaventure Dr. Elk Grove Village, IL 60007 | | 2,086.48 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Dex 8501 West 137th St. Overland Park, KS 66223 | | 43,866.66 | NA | NA | 0.00 |
| | Dr. Comfort 10300 N. Enterprise Dr. Mequon, WI 53092 | | 536.79 | NA | NA | 0.00 |
| | Drug Package Inc. 901 Drug Package Lane O Fallon, MO 63366 | | 1,568.25 | NA | NA | 0.00 |
| | Dystrup, Hoster and Jarot 822 129th Infantry Dr. Joliet, IL 60435 | | 700.00 | NA | NA | 0.00 |
| | E.F. Bavis Associates Inc. 201 Grandin Rd. Maineville, OH 45039 | | 14,412.00 | NA | NA | 0.00 |
| | Ed Anderson Chuck Bretz & Associates 58 N. Chicago Ave., 2nd Fl. Joliet, IL 60432 | | 0.00 | NA | NA | 0.00 |
| | Emdeon PO Box 572490 Murray, UT 84157 | | 116.80 | NA | NA | 0.00 |
| | Fabric Traditions 519 8th Ave. 19th Floor New York, NY 10018 | | 195.68 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Fed Ex PO Box 94515 Palatine, IL 60094 | | 110.34 | NA | NA | 0.00 |
| | First Tech Utility 1 North Brentwood, Ste. 500 Saint Louis, MO 63105 | | 7,859.88 | NA | NA | 0.00 |
| | Forest Alarm Services, Inc. 1807 S. Washington St. Naperville, IL 60565 | | 261.00 | NA | NA | 0.00 |
| | Fox Valley Fire & Safety 2730 Pinnacle Drive Elgin, IL 60124 | | 4,877.96 | NA | NA | 0.00 |
| | Frito Lay 75 Remittance Dr., Ste. 1217 Chicago, IL 60675 | | 298.63 | NA | NA | 0.00 |
| | Home City Ice 1125 International Parkway Woodridge, IL 60517 | | 185.00 | NA | NA | 0.00 |
| | Home Pages 915 E. Lincoln Way Hwy. PO Box 801 DeKalb, IL 60115 | | 768.00 | NA | NA | 0.00 |
| | Hudson Energy 24919 Network Place Chicago, IL 60673 | | 2,000.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Humana Prescription Ntwk Operations 003/73266 325 W. Main St. WFP 6W Louisville, KY 40202 | | 4,137.80 | NA | NA | 0.00 |
| | Illinois State Lottery PO Box 19080 Springfield, IL 62794 | | 67,464.48 | NA | NA | 0.00 |
| | IMS 6201 W. Howard, Ste. 100 Niles, IL 60714 | | 19,755.96 | NA | NA | 0.00 |
| | Incomm 250 Williams Street 5th Fl., Ste. 5-2002 Atlanta, GA 30303 | | 1,708.15 | NA | NA | 0.00 |
| | Independence Medical PO Box 635864 Cincinnati, OH 45263-5864 | | 1,822.94 | NA | NA | 0.00 |
| | Jay Levy Jay K. Levy & Associates PO Box 1181 Evanston, IL 60201-1181 | | 0.00 | NA | NA | 0.00 |
| | Jigsaw Solutions 1296 Lakeview Dr. Romeoville, IL 60446 | | 845.06 | NA | NA | 0.00 |
| | JR Distributions 1000 Crossroads Parkway Bolingbrook, IL 60490 | | 110.96 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | JRS Ventures 37 Elaine Dr. O Fallon, MO 63366 | | 104.47 | NA | NA | 0.00 |
| | JRS Ventures 37 Elaine Dr. O Fallon, MO 63366 | | 333.70 | NA | NA | 0.00 |
| | Lagniappe PO Box 637946 Cincinnati, OH 45263-7946 | | 5,548.85 | NA | NA | 0.00 |
| | Larry Wolfe 9933 Lawler Ave. Skokie, IL 60077 | | 8,308.39 | NA | NA | 0.00 |
| | Lease Finance Group 65 E. Wacker Place, Ste. 510 Chicago, IL 60601 | | 1,180.75 | NA | NA | 0.00 |
| | Lease Finance Group LLC 65 E. Wacker Pl., Ste. 510 Chicago, IL 60601 | | 1,246.35 | NA | NA | 0.00 |
| | Lockport Chamber of Commerce 921 S. State St. Lockport, IL 60441 | | 200.00 | NA | NA | 0.00 |
| | Lockport Plaza Associates, LLC %Carl Buck@Rathbun Cservenyak et al 3260 Executive D. Joliet, IL 60431 | | 0.00 | NA | NA | 0.00 |
| | M & M New's Agency 342 N. 30th Road La Salle, IL 61301 | | 9,262.18 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Masters Pharmaceutical PO Box 713769 Cincinnati, OH 45271-3769 | | 491.08 | NA | NA | 0.00 |
| | Matrix 110 Tices Lane Building A, Unit 5 B East Brunswick, NJ 08816 | | 352.34 | NA | NA | 0.00 |
| | Maury Cobb Attorney at Law 600 Beacon Parkway West 300B Birmingham, AL 35209-3120 | | 1,708.15 | NA | NA | 0.00 |
| | McCarthy, Burgess & Wolf 26000 Cannon Rd. Cleveland, OH 44146 | | 1,822.94 | NA | NA | 0.00 |
| | Medical Screening Services, Inc. 5727 West Howard St. Niles, IL 60714-4070 | | 632.00 | NA | NA | 0.00 |
| | Medical Security Card Company PO Box 80063 City of Industry, CA 91716-8063 | | 174.00 | NA | NA | 0.00 |
| | Mercedes Benz Financial Attention Lockbox Dept. 36455 Corporate Drive Farmington, MI 48331 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | New A.D.E. Inc. 49 Garfield St. Holyoke, MA 01040 | | 500.00 | NA | NA | 0.00 |
| | Nicor Gas PO Box 5407 Carol Stream, IL 60197-5407 | | 5,434.33 | NA | NA | 0.00 |
| | NuWay Disposal 17726 Oak Park Ave. #1 IL 60495 | | 450.00 | NA | NA | 0.00 |
| | Oregon Mint Snuff Company 14155 SW Business Circle Rd. Terrebonne, OR 97760-7892 | | 300.00 | NA | NA | 0.00 |
| | Ottosen, Britz, Lelly, Cooper Gilbert & Dinolfo 1804 N. Naper Blvd., Ste. 350 Naperville, IL 60563 | | 2,326.06 | NA | NA | 0.00 |
| | Package Express Centers PO Box 178 Greeneville, TN 37744 | | 35.31 | NA | NA | 0.00 |
| | Pepperidge Farm 230 2nd St. Downers Grove, IL 60515-5282 | | 464.95 | NA | NA | 0.00 |
| | Pepsi 1400 W. 35th St. Chicago, IL 60609 | | 527.85 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Pharmaceutical Returns Service 110 Oak St. North Aurora, IL 60542 | | 866.32 | NA | NA | 0.00 |
| | Precious Moments 4105 Chapel Rd. Carthage, MO 64836 | | 1,000.00 | NA | NA | 0.00 |
| | Preferred Business Publications 1938 Lincoln Highway, Ste. 219 New Lenox, IL 60451 | | 940.00 | NA | NA | 0.00 |
| | Prime Therapeutics 1305 Corporate Center Dr. Saint Paul, MN 55121 | | 72,790.80 | NA | NA | 0.00 |
| | Progressive Inventory Services 6209 W. Grand Ave. Chicago, IL 60639 | | 1,500.00 | NA | NA | 0.00 |
| | Reliable Color 709 Lindsey Lane Bolingbrook, IL 60440 | | 0.00 | NA | NA | 0.00 |
| | Retail Date Systems 1998 Ohio St., Ste. 300 Lisle, IL 60532 | | 2,545.00 | NA | NA | 0.00 |
| | Retalix 6100 Tennyson Parkway Suite 130 Plano, TX 75024 | | 1,772.65 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Revenue Assurance Partners 19399 Helenberg Rd. Covington, LA 70433 | | 1,923.77 | NA | NA | 0.00 |
| | River City Pharmacy PO Box 713774 Cincinnati, OH 45271-3774 | | 5,906.76 | NA | NA | 0.00 |
| | Royal Publishing 7620 N. Marker Dr. Peoria, IL 61615 | | 585.00 | NA | NA | 0.00 |
| | RR Donnelley PO Box 93514 Chicago, IL 60673-3514 | | 1,134.08 | NA | NA | 0.00 |
| | S. Abraham & Sons Inc. AG ADjustments 740 Walt Whitman Rd. Melville, NY 11747-9090 | | 3,910.82 | NA | NA | 0.00 |
| | S. Abraham & Sons, Inc. PO Box 1768 4001 Three Mile Rd., NW Grand Rapids, MI 49501-1768 | | 2,934.97 | NA | NA | 0.00 |
| | Sav-RX Advantage 224 North Park Ave. Fremont, NE 68025 | | 27.00 | NA | NA | 0.00 |
| | Snyder's of Hanover 7950 185th St. Tinley Park, IL 60477 | | 563.36 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Special Interest Group 111 Peerwood Rd. Ste. 200 San Ramon, CA 94583 | | 125.00 | NA | NA | 0.00 |
| | Sprint PO Box 4191 Carol Stream, IL 60197 | | 1,100.00 | NA | NA | 0.00 |
| | St. Dennis 1214 Hamilton St. Lockport, IL 60441 | | 280.00 | NA | NA | 0.00 |
| | Staples 1125 E. Ogden Ave. Naperville, IL 60563 | | 136.19 | NA | NA | 0.00 |
| | Stockwell Greetings Chicago 7115 West North Ave. Oak Park, IL 60302 | | 418.50 | NA | NA | 0.00 |
| | Teller, Levit & Silvertrust PC 19 S. LaSalle St., Ste. 701 Chicago, IL 60603 | | 6,675.73 | NA | NA | 0.00 |
| | Terrace Supply Company 710 N. Addison Rd. Villa Park, IL 60181 | | 427.04 | NA | NA | 0.00 |
| | The Harvard Drug Group 1821 Reliable Parkway Chicago, IL 60686-0001 | | 5,427.13 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | The McCall Pattern Company 615 McCall Rd. Manhattan, KS 66502-5035 | | 442.22 | NA | NA | 0.00 |
| | Thomas Gearhart Teller, Levit & Silvertrust, PC 19 South LaSalle St., Ste. 701 Chicago, IL 60603 | | 0.00 | NA | NA | 0.00 |
| | Torf Law Firm 555 Skokie Blvd., Ste. 500 Northbrook, IL 60062 | | 6,851.66 | NA | NA | 0.00 |
| | Tracy, Johnson & Wilson 2801 Black Rd., 2nd Fl. Joliet, IL 60435 | | 3,300.00 | NA | NA | 0.00 |
| | United Delivery Service 1111 N. Ridge Rd. Lombard, IL 60148 | | 40.98 | NA | NA | 0.00 |
| | United States Post Office National Customer Support Center 433 W. Harrison St., Ste. 2007C Chicago, IL 60699-9321 | | 1,702.17 | NA | NA | 0.00 |
| | UPS Freight 28013 Network Place Chicago, IL 60673 | | 1,542.40 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | US Balloon Company 140 58th St. Brooklyn, NY 11209 | | 42.64 | NA | NA | 0.00 |
| | US Bank Equipment Lease 1310 Madrid St. Marshall, MN 56258 | | 663.82 | NA | NA | 0.00 |
| | US Gas 11618 South Mayfield Alsip, IL 60803 | | 792.14 | NA | NA | 0.00 |
| | US Script 2425 W. Shaw Ave. Fresno, CA 93711 | | 312.20 | NA | NA | 0.00 |
| | Variety Distributions Inc. 609 7th St. Harlan, IA 51537 | | 50,515.50 | NA | NA | 0.00 |
| | VIP c/o ANDA 2915 Weston Rd. Weston, FL 33331 | | 12,787.60 | NA | NA | 0.00 |
| | Waste Management 700 E. Botterfield Rd. 4th Fl. Lombard, IL 60148 | | 691.95 | NA | NA | 0.00 |
| | Windmill Health Products 6 Henderson Dr. Caldwell, NJ 07006 | | 290.34 | NA | NA | 0.00 |
| | Yellow Book Sales c/o Daniel Spilotro @ Spilotro Law Grp. 2551 N. Clark St., Ste. 300 Chicago, IL 60614 | | 12,644.95 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Yellowstone 160 Pearl St. New York, NY 10005 | | 50,000.00 | NA | NA | 0.00 |
| 3 | Advantage Leasing Corporation | 7100-000 | NA | 14,974.77 | 14,974.77 | 0.00 |
| 17 | Cardinal Health 411, Inc. And | 7100-000 | NA | 1,027,351.39 | 1,027,351.39 | 0.00 |
| 19c | Cardinal Health 411, Inc. And | 7100-000 | NA | 28,081.26 | 28,081.26 | 0.00 |
| 2 | Dex | 7100-000 | NA | 43,866.35 | 43,866.35 | 0.00 |
| 13 | Donald R Bauer | 7100-000 | NA | 24,190.30 | 24,190.30 | 0.00 |
| 15 | Fsb American Express Bank | 7100-000 | NA | 2,456.64 | 2,456.64 | 0.00 |
| 16 | Illinois Bell Telephone Company | 7100-000 | NA | 593.91 | 593.91 | 0.00 |
| 1a | Illinois Department Of Employment Security | 7100-000 | NA | 20.00 | 20.00 | 0.00 |
| 18 C2 | Illinois Department Of Revenue | 7100-000 | NA | 291.66 | 291.66 | 0.00 |
| 9a | Illinois Department Of Revenue | 7100-000 | NA | 6,794.95 | 6,794.95 | 0.00 |
| 6 | Ims | 7100-000 | NA | 19,654.81 | 19,654.81 | 0.00 |
| 5a | Internal Revenue Service | 7100-000 | NA | 110,972.59 | 110,972.59 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 7 | Lockport Plaza Association Llc | 7100-000 | NA | 195,685.04 | 195,685.04 | 0.00 |
| 4 | Masters Pharmaceutical Inc A | 7100-000 | NA | 6,830.23 | 6,830.23 | 0.00 |
| 14 | Rgh Enterprises, Inc. Dba Independence Medical | 7100-000 | NA | 1,822.94 | 1,822.94 | 0.00 |
| 8 | S Abraham & Sons Inc | 7100-000 | NA | 2,649.96 | 2,649.96 | 0.00 |
| 12 | Standard Bank And Trust Co. | 7100-000 | NA | 746,435.14 | 746,435.14 | 0.00 |
| 11 | The Harvard Drug Group Llc | 7100-000 | NA | 5,428.56 | 5,428.56 | 0.00 |
| 20c | The Harvard Drug Group Llc | 7100-000 | NA | 697.08 | 697.08 | 0.00 |
| 10 | Western Will County Communications Center | 7100-000 | NA | 2,666.00 | 2,666.00 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 699,072.38 | $ 2,241,463.58 | $ 2,241,463.58 | $ 0.00 |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Exhibit 8

| Case No: | 14-39396 | BWB | Judge: | Bruce W. Black | Trustee Name: | | Zane L. Zielinski, Trustee |
|---|---|---|---|---|---|---|---|
| Case Name: | Lockport Pharmacy, Inc. Dba Corwinpharmacy | | | | Date Filed (f) or Converted (c): | | 10/30/2014 (f) |
| | | | | | 341(a) Meeting Date: | | 12/01/2014 |
| For Period Ending: | 11/06/2017 | | | | Claims Bar Date: | | 05/04/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Est Net Value<br>(Value Determined by<br>Trustee, Less Liens,<br>Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) | Sale/Funds<br>Received by<br>the Estate | Asset Fully<br>Administered (FA)/<br>Gross Value of Remaining<br>Assets |
| 1.  Standard Bank & Trust Co., 7800 W. 95Th St., Hickory Hills, | 4,470.00 | 4,661.79 | | 4,661.79 | FA |
| 2.  Checking, savings or other financial accounts | 0.00 | 0.00 | | 0.00 | FA |
| 3.  Checking, savings or other financial accounts | 0.00 | 0.00 | | 0.00 | FA |
| 4.  Checking, savings or other financial accounts | 87.50 | 0.00 | | 0.00 | FA |
| 5.  Checking, savings or other financial accounts | 219.17 | 0.00 | | 0.00 | FA |
| 6.  Com Ed Account No. 9587777025 | 12,110.00 | 0.00 | | 0.00 | FA |
| 7.  Consumer Accounts Receivable - Approximately | 20,000.00 | 452.25 | | 452.25 | FA |
| 8.  Accounts Receivable | 21,630.78 | 5,256.92 | | 5,256.92 | FA |
| 9.  Prescriptions Files | 1,000,000.00 | 35,000.00 | | 35,000.00 | FA |
| 10. Office equipment, Furnishings, and Supplies | Unknown | 10,000.00 | | 10,000.00 | FA |
| 11. Cosmetics, Toys, Housewares, Party Supplies, Greeting<br>Cards, | Unknown | 5,000.00 | | 5,000.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)          $1,058,517.45          $60,370.96          $60,370.96          $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

The final report was approved on September 23, 2017, and all funds have been disbursed.

Exhibit 8

| RE PROP # | 2 | -- | Bmo Harris #****....5618 |
| RE PROP # | 3 | -- | Bmo Harris ****....9943 -(1,736.34) |
| RE PROP # | 4 | -- | Bmo Harris #****....5626 |
| RE PROP # | 5 | -- | Standard Bank & Trust In Frankfort A/C No. ****....8008 |
| RE PROP # | 8 | -- | Accounts Receivable - Insurance |
| RE PROP # | 10 | -- | desks (6), chairs (12), computers (6), filing cabinets (8) (2) small ones, fax machines (4), computer screens (4), printer (2), scanner (1) , Old equipment: monitors (3), towers (5), cash register (9) (4) computers and screens; 3 vacuum cleaners, miscellan |

Initial Projected Date of Final Report (TFR): 03/31/2016        Current Projected Date of Final Report (TFR): 03/31/2017

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: 14-39396 | Trustee Name: Zane L. Zielinski, Trustee | |
| Case Name: Lockport Pharmacy, Inc. Dba Corwinpharmacy | Bank Name: Associated Bank | |
| | Account Number/CD#: XXXXXX4255 | |
| | Checking | |
| Taxpayer ID No: XX-XXX0523 | Blanket Bond (per case limit): $5,000,000.00 | |
| For Period Ending: 11/06/2017 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/14/15 | | Transfer from Acct # xxxxxx4901 | Transfer of Funds | 9999-000 | $35,648.11 | | $35,648.11 |
| 08/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $30.76 | $35,617.35 |
| 09/08/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $52.95 | $35,564.40 |
| 09/10/15 | 5001 | Lockport Plaza 11001 MCCARTHY RD PALOS PARK, IL 60464 | Administrative expense Post Petition Rental Payment | 2410-000 | | $3,000.00 | $32,564.40 |
| 10/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $51.17 | $32,513.23 |
| 10/07/15 | 5002 | SAK Management Consultant, LLC One Northfield Plaza, Suite 210 Northfield, IL 60093 | Professional Fees | 3731-000 | | $8,500.00 | $24,013.23 |
| 10/07/15 | 5003 | SAK Management Consultant LLC One Northfield Plaza, Suite 210 Northfield, IL 60093 | Professional Expenses | 3731-000 | | $55.74 | $23,957.49 |
| 10/07/15 | 5004 | Chuhak & Tecson, P.C. 30 South Wacker Drive Suite 2600 Chicago, Illinois 60606 | Professional Fees | 3110-000 | | $6,775.00 | $17,182.49 |
| 10/07/15 | 5005 | Chuhak & Tecson, 30 South Wacker Drive Suite 2600 Chicago, Illinois 60606 | Professional Expenses | 3120-000 | | $500.80 | $16,681.69 |
| 11/06/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $34.82 | $16,646.87 |
| 12/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $23.95 | $16,622.92 |
| 01/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $24.71 | $16,598.21 |

Page Subtotals: $35,648.11 $19,049.90

UST Form 101-7-TDR (10/1/2010) *(Page: 25)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 14-39396 | Trustee Name: Zane L. Zielinski, Trustee |
| Case Name: Lockport Pharmacy, Inc. Dba Corwinpharmacy | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX4255 |
| | Checking |
| Taxpayer ID No: XX-XXX0523 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 11/06/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/05/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $24.68 | $16,573.53 |
| 02/29/16 | 5006 | Arthur B. Levine Company Maria Sponza Adams-Levine 60 East 42nd Street, Room 965 New York, New York 10165 | Bond Payment | 2300-000 | | $15.88 | $16,557.65 |
| 03/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $23.05 | $16,534.60 |
| 04/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $24.59 | $16,510.01 |
| 05/06/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $23.75 | $16,486.26 |
| 06/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $24.51 | $16,461.75 |
| 07/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $23.68 | $16,438.07 |
| 08/05/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $24.44 | $16,413.63 |
| 09/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $24.40 | $16,389.23 |
| 10/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $23.58 | $16,365.65 |
| 11/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $24.33 | $16,341.32 |
| 12/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $23.51 | $16,317.81 |

Page Subtotals:                    $0.00          $280.40

## FORM 2
### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | | |
|---|---|---|
| Case No: 14-39396 | Trustee Name: Zane L. Zielinski, Trustee | |
| Case Name: Lockport Pharmacy, Inc. Dba Corwinpharmacy | Bank Name: Associated Bank | |
| | Account Number/CD#: XXXXXX4255 | |
| | Checking | |
| Taxpayer ID No: XX-XXX0523 | Blanket Bond (per case limit): $5,000,000.00 | |
| For Period Ending: 11/06/2017 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/09/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $24.26 | $16,293.55 |
| 02/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $24.23 | $16,269.32 |
| 02/28/17 | 5007 | International Sureties, LTD. Suite 420 701 Pydras Street New Orleans, LA 70139 | 2017 Bond Payment | 2300-000 | | $7.38 | $16,261.94 |
| 03/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $21.85 | $16,240.09 |
| 04/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $24.15 | $16,215.94 |
| 05/05/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $23.33 | $16,192.61 |
| 06/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $24.07 | $16,168.54 |
| 07/10/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $23.26 | $16,145.28 |
| 09/22/17 | 5008 | Trustee Zane L. Zielinski 6336 N. Cicero Avenue Suite 201 Chicago, Illinois 60646 | Distribution | | | $3,866.28 | $12,279.00 |
| | | Trustee Zane L. Zielinski | Final distribution representing a ($3,842.22) payment of 61.29 % per court order. | 2100-000 | | | |
| | | Trustee Zane L. Zielinski | Final distribution representing a ($24.06) payment of 61.30 % per court order. | 2200-000 | | | |
| 09/22/17 | 5009 | Chuhak & Tecson 30 South Wacker Drive Suite 2600 Chicago, Illinois 60606 | Final distribution representing a payment of 11.29 % per court order. | 3110-000 | | $1,530.28 | $10,748.72 |

| | Page Subtotals: | $0.00 | $5,569.09 |
|---|---|---|---|

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No:  14-39396
Case Name:  Lockport Pharmacy, Inc. Dba Corwinpharmacy

Taxpayer ID No:  XX-XXX0523
For Period Ending:  11/06/2017

Trustee Name:  Zane L. Zielinski, Trustee
Bank Name:  Associated Bank
Account Number/CD#:  XXXXXX4255
Checking
Blanket Bond (per case limit):  $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/22/17 | 5010 | Alan D. Lasko & Associates P.C. | Distribution | | | $8,828.81 | $1,919.91 |
| | | Alan D. Lasko & Associates P.C. | Final distribution representing a payment of 61.29 % per court order. | ($8,774.30) | 3410-000 | | |
| | | Alan D. Lasko & Associates P.C. | Final distribution representing a payment of 61.29 % per court order. | ($54.51) | 3420-000 | | |
| 09/22/17 | 5011 | SAK Management Consultants, LLC One Northfield Plaza, Suite 210 Northfield, IL 60093 | Final distribution representing a payment of 11.29 % per court order. | 3731-000 | | $1,919.91 | $0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | | $35,648.11 | $35,648.11 |
| Less: Bank Transfers/CD's | | $35,648.11 | $0.00 |
| Subtotal | | $0.00 | $35,648.11 |
| Less: Payments to Debtors | | $0.00 | $0.00 |
| Net | | $0.00 | $35,648.11 |

UST Form 101-7-TDR (10/1/2010) *(Page: 28)*

Page Subtotals:                    $0.00        $10,748.72

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 14-39396

Case Name: Lockport Pharmacy, Inc. Dba Corwinpharmacy

Taxpayer ID No: XX-XXX0523

For Period Ending: 11/06/2017

Trustee Name: Zane L. Zielinski, Trustee

Bank Name: The Bank of New York Mellon

Account Number/CD#: XXXXXX4901

Checking

Blanket Bond (per case limit): $5,000,000.00

Separate Bond (if applicable):

Exhibit 9

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/07/14 | 8 | RxOptions LLC<br>8957 Canyon Falls Blvd<br>Twinsburg, OH | Accounts Receivable | 1121-000 | $1.05 | | $1.05 |
| 11/07/14 | 8 | Express Scripts<br>One Express Way<br>St. Louis, MO 63121 | Accounts Receivable | 1121-000 | $81.06 | | $82.11 |
| 11/07/14 | 8 | Argus Pharmacy Network<br>P.O. Box 419019, Dept. 2<br>Kansas City, MO  64141-6019 | Accounts Receivable | 1121-000 | $67.38 | | $149.49 |
| 11/07/14 | 8 | OptumRx<br>P.O. Box 6104<br>Cypress, CA 90630-6104 | Accounts Receivable | 1121-000 | $43.75 | | $193.24 |
| 11/07/14 | 7 | Elizabeth and Robert E. Anderson, Ellen M. Tierney | Accounts Receivable | 1121-000 | $15.00 | | $208.24 |
| 11/07/14 | 7 | Gayatri Kaistha<br>16117 W. Redcloud Dr.<br>Lockport, IL 60441-4598 | Accounts Receivable | 1121-000 | $23.57 | | $231.81 |
| 11/07/14 | 7 | Malcom W. and Mary J. McNaughton<br>18203 Lynn Dr., #332<br>Orland Park, IL 60467 | Accounts Receivable | 1121-000 | $95.99 | | $327.80 |
| 11/07/14 | 8 | OptumRx<br>P.O. Box 6104<br>Cypress, CA 90630-6104 | Accounts Receivable | 1121-000 | $50.57 | | $378.37 |
| 11/07/14 | 8 | Navitus<br>2601 W. Beltline Hwy, Ste. 600<br>Madison, WI 53713 | Accounts Receivable | 1121-000 | $12.68 | | $391.05 |
| 11/07/14 | 8 | Catamaran<br>1600 McConnor Pkwy.<br>Schaumburg, IL 60173-6801 | Accounts Receivable | 1121-000 | $72.42 | | $463.47 |
| 11/07/14 | 8 | Catamaran<br>P.O. Box 545<br>Deerfield, IL 60015 | Accounts Receivable | 1121-000 | $122.07 | | $585.54 |
| 11/07/14 | 8 | SavRx<br>224 N. Park Ave.<br>Fremont, NE 68025 | Accounts Receivable | 1121-000 | $12.05 | | $597.59 |
| 11/07/14 | 8 | Express Scripts<br>One Express Way | Accounts Receivable | 1121-000 | $2,492.68 | | $3,090.27 |

Page Subtotals:                                                                          $3,090.27          $0.00

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 14-39396 | | Trustee Name: | Zane L. Zielinski, Trustee |
|---|---|---|---|---|
| Case Name: | Lockport Pharmacy, Inc. Dba Corwinpharmacy | | Bank Name: | The Bank of New York Mellon |
| | | | Account Number/CD#: | XXXXXX4901 |
| | | | | Checking |
| Taxpayer ID No: | XX-XXX0523 | | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 11/06/2017 | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/07/14 | 8 | Express Scripts<br>One Express Way<br>St. Louis, MO 63121 | Accounts Receivable | 1121-000 | $283.01 | | $3,373.28 |
| 11/07/14 | 8 | Express Scripts<br>One Express Way<br>St. Louis, MO 63121 | Accounts Receivable | 1121-000 | $239.04 | | $3,612.32 |
| 11/07/14 | 7 | The Private Bank<br>FBO Jane Auer PLD OBRA<br>120 S. LaSalle St., 7th Floor<br>Chicago, IL 60603 | Accounts Receivable | 1121-000 | $26.93 | | $3,639.25 |
| 11/07/14 | 7 | Nancy K. De Paolo<br>125 Circle Ridge Dr.<br>Burr Ridge, IL 60527-8380 | Accounts Receivable | 1121-000 | $40.00 | | $3,679.25 |
| 11/17/14 | 8 | Carole M. Naughton<br>1324 S. Elizabeth St.<br>Lombard, IL 60148-4418 | Accounts Receivable | 1121-000 | $46.82 | | $3,726.07 |
| 11/17/14 | 8 | US Script, Inc.<br>2425 W. Shaw Avenue<br>Fresno, CA 93711-3302 | Accounts Receivable | 1121-000 | $60.18 | | $3,786.25 |
| 11/17/14 | 8 | Express Scripts<br>One Express Way<br>St. Louis, MO 63121 | Accounts Receivable | 1121-000 | $1.75 | | $3,788.00 |
| 11/17/14 | 8 | Express Scripts<br>One Express Way<br>St. Louis, MO 63121 | Accounts Receivable | 1121-000 | $624.44 | | $4,412.44 |
| 11/17/14 | 8 | Express Scripts<br>One Express Way<br>St. Louis, MO 63121 | Accounts Receivable | 1121-000 | $180.39 | | $4,592.83 |
| 11/19/14 | 8 | CORWIN PHARMACY<br>954 E. 9TH STREET<br>LOCKPORT, IL 60441 | Accounts Receivable | 1121-000 | $44.54 | | $4,637.37 |
| 11/19/14 | 8 | CORWIN PHARMACY<br>954 E. 9TH STREET<br>LOCKPORT, IL 60441 | Accounts Receivable | 1121-000 | $124.14 | | $4,761.51 |
| 11/19/14 | 8 | CORWIN PHARMACY<br>954 E. 9TH STREET<br>LOCKPORT, IL 60441 | Accounts Receivable | 1121-000 | $25.44 | | $4,786.95 |

Page Subtotals: $1,696.68 $0.00

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | | | | | | |
|---|---|---|---|---|---|---|
| Case No: 14-39396 | | | | Trustee Name: Zane L. Zielinski, Trustee | | |
| Case Name: Lockport Pharmacy, Inc. Dba Corwinpharmacy | | | | Bank Name: The Bank of New York Mellon | | |
| | | | | Account Number/CD#: XXXXXX4901 | | |
| | | | | Checking | | |
| Taxpayer ID No: XX-XXX0523 | | | | Blanket Bond (per case limit): $5,000,000.00 | | |
| For Period Ending: 11/06/2017 | | | | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/20/14 | 1 | Standard Bank 7800 West 95th Street Hickory Hills, IL 60457 | Bank Account | 1129-000 | $4,661.79 | | $9,448.74 |
| 11/21/14 | 8 | Express Scripts One Express Way St. Louis, MO 63121 | Accounts Receivable | 1121-000 | $18.83 | | $9,467.57 |
| 11/21/14 | 8 | Express Scripts One Express Way St. Louis, MO 63121 | Accounts Receivable | 1121-000 | $21.28 | | $9,488.85 |
| 11/21/14 | 8 | Express Scripts One Express Way St. Louis, MO 63121 | Accounts Receivable | 1121-000 | $52.74 | | $9,541.59 |
| 11/25/14 | 8 | RxOptions LLC 8957 Canyon Falls Blvd Twinsburg, OH | Accounts Receivable | 1121-000 | $0.10 | | $9,541.69 |
| 11/25/14 | 8 | CIGNA HEALTH AND LIFE INS. STATE OF ILLINOIS | Accounts Receivable | 1121-000 | $10.23 | | $9,551.92 |
| 11/25/14 | 8 | CIGNA HEALTH AND LIFE INS. STATE OF ILLINOIS | Accounts Receivable | 1121-000 | $122.50 | | $9,674.42 |
| 12/02/14 | 8 | Express Scripts One Express Way St. Louis, MO 63121 | Accounts Receivable | 1121-000 | $11.02 | | $9,685.44 |
| 12/02/14 | 7 | Dorothy Collins c/o J.P.Morgan P.O. Box 4521 Newark, DE 19714-4521 | Accounts Receivable | 1121-000 | $137.75 | | $9,823.19 |
| 12/02/14 | 8 | Glacier Water Services, Inc. 1385 Park Center Dr. Vista, CA 92081-8338 | Accounts Receivable | 1121-000 | $25.63 | | $9,848.82 |
| 12/05/14 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $10.00 | $9,838.82 |
| 12/09/14 | 8 | CoreSource P.O. Box 2920 Clinton, IA 52733-2920 | Accounts Receivable | 1121-000 | $93.54 | | $9,932.36 |
| 12/12/14 | 8 | Catamaran P.O. Box 545 Deerfield, IL 60015 | Accounts Receivable | 1121-000 | $84.86 | | $10,017.22 |

| | Page Subtotals: | $5,240.27 | $10.00 |
|---|---|---|---|

## FORM 2
### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 14-39396

Case Name: Lockport Pharmacy, Inc. Dba Corwinpharmacy

Taxpayer ID No: XX-XXX0523

For Period Ending: 11/06/2017

Trustee Name: Zane L. Zielinski, Trustee

Bank Name: The Bank of New York Mellon

Account Number/CD#: XXXXXX4901

Checking

Blanket Bond (per case limit): $5,000,000.00

Separate Bond (if applicable):

Exhibit 9

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/16/14 | | Independent Pharmacy Corporation 1550 Columbus Street Sun Prairie, WI 53590 | Accounts Receivable | 1121-000 | $0.00 | | $10,017.22 |
| 12/16/14 | | Independent Pharmacy Corporation 1550 Columbus Street Sun Prairie, WI 53590 | Accounts Receivable Reversal | 1121-000 | $0.00 | | $10,017.22 |
| 12/16/14 | 8 | Independent Pharmacy Cooperative 1550 Columbus Street Sun Prairie, WI 53590 | Accounts Receivable | 1121-000 | $174.52 | | $10,191.74 |
| 01/08/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $14.88 | $10,176.86 |
| 01/30/15 | 8 | Express Scripts One Express Way Saint Louis, MO 63121 | Accounts Receivable Insurance payment | 1121-000 | $56.21 | | $10,233.07 |
| 02/02/15 | 9 | Halsted & 79th Street Pharmacy 151 Broadway Avenue Melrose Park, Illinois 60160 | down payment | 1129-000 | $5,000.00 | | $15,233.07 |
| 02/06/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $15.13 | $15,217.94 |
| 02/11/15 | 101 | William Rudd and Co., Inc. William Rudd and Co, Inc 18316 Distinctive drive Orland Park, IL 60467 | w2 Forms to be processed | 2420-000 | | $530.89 | $14,687.05 |
| 02/16/15 | 102 | Arthur B. Levine Company Maria Sponza Adams-Levine 60 East 42nd Street, Room 965 New York, New York 10165 | Yearly Bond Payment | 2300-000 | | $5.55 | $14,681.50 |
| 03/06/15 | 7 | Surescripts Surescripts Rebate Processing Center 3375-1 Capital Circle N.E. Tallahassee, Florida 32308 | accounts receivable | 1121-000 | $113.01 | | $14,794.51 |

UST Form 101-7-TDR (10/1/2010) *(Page: 32)*

Page Subtotals:

$5,343.74          $566.45

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

Case No: 14-39396  
Case Name: Lockport Pharmacy, Inc. Dba Corwinpharmacy  

Trustee Name: Zane L. Zielinski, Trustee  
Bank Name: The Bank of New York Mellon  
Account Number/CD#: XXXXXX4901  
Checking  

Taxpayer ID No: XX-XXX0523  
For Period Ending: 11/06/2017  

Blanket Bond (per case limit): $5,000,000.00  
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/06/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $19.19 | $14,775.32 |
| 04/07/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $21.92 | $14,753.40 |
| 05/07/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $21.23 | $14,732.17 |
| 06/05/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $21.90 | $14,710.27 |
| 06/09/15 | | Broadway Avenue Pharmacy 151 Broadway Avenue (19th Ave) Melrose Park, IL 60160 | Sale Proceeds | | $45,000.00 | | $59,710.27 |
| | | | Gross Receipts $45,000.00 | | | | |
| | 9 | | Prescriptions Files $30,000.00 | 1129-000 | | | |
| | 10 | | Office equipment, Furnishings, and Supplies $10,000.00 | 1129-000 | | | |
| | 11 | | Cosmetics, Toys, Housewares, Party Supplies, Greeting Cards, $5,000.00 | 1129-000 | | | |
| 07/01/15 | 103 | Cardinal Health 7000 Cardinal Place Dublin, OH 43017 | Payment of Secured Claim Payment pursuant to order docketed at 43; resolving secured claim in the Debtor's assets. | 4210-000 | | $24,000.00 | $35,710.27 |
| 07/07/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $62.16 | $35,648.11 |
| 07/14/15 | | Transfer to Acct # xxxxxx4255 | Transfer of Funds | 9999-000 | | $35,648.11 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $60,370.96 | $60,370.96 |
| Less: Bank Transfers/CD's | $0.00 | $35,648.11 |
| Page Subtotals: | $45,000.00 | $59,794.51 |

|  |  |  |
|---|---|---|
| Subtotal | $60,370.96 | $24,722.85 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $60,370.96 | $24,722.85 |

Exhibit 9

Page Subtotals:                    $0.00          $0.00

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX4255 - Checking | $0.00 | $35,648.11 | $0.00 |
| XXXXXX4901 - Checking | $60,370.96 | $24,722.85 | $0.00 |
| | $60,370.96 | $60,370.96 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $60,370.96 |
| Total Gross Receipts: | $60,370.96 |